UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MAXIMUS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1231 (LMB/TRJ) |
| | ) | |
| TWIN CITY FIRE INSURANCE CO. | ) | |
| and AXIS REINSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

The Clerk will please enter the appearance of the undersigned as counsel for defendant Twin City Fire Insurance Co.

Respectfully submitted,

/s/
Charles B. Wayne (# 24954)
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)
charles.wayne@dlapiper.com

*Counsel for Defendant*
*Twin City Fire Insurance Co.*

Of Counsel:

Joseph G. Finnerty, III
Eric S. Connuck
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020
(212) 335-4800
(212) 884-8660 (fax)
joseph.finnerty@dlapiper.com
eric.connuck@dlapiper.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

   /s/ Charles B. Wayne
Charles B. Wayne (# 24954)
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C.  20004
(202) 799-4253
(202) 799-5253 (fax)
charles.wayne@dlapiper.com