IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number <u>1:11CV1231-LMB/TRJ</u>, Case Name <u>Maximus, Inc. v. Twin City Fire Ins. Co., et al</u>
Party Represented by Applicant: <u>Twin City Fire Insurance Company</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) <u>Joseph Gregory Finnerty III</u>
Bar Identification Number <u>2217354</u>   State <u>New York</u>
Firm Name <u>DLA Piper LLP</u>
Firm Phone # <u>212-335-4500</u>   Direct Dial # <u>212-335-4800</u>   FAX # <u>212-884-8660</u>
E-Mail Address <u>Joseph.finnertyiii@dlapiper.com</u>
Office Mailing Address <u>1251 Avenue of the Americas, New York, NY 10020</u>

Name(s) of federal court(s) in which I have been admitted <u>See attached</u>

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   Charles B. Wayne   (Date) 12/1/11
(Typed or Printed Name)   24954 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)   (Date)

EAST\47339509.1

Joseph G. Finnerty III

**ADMISSIONS**

08/23/88 – Supreme Court State of New York
10/11/88 – Southern District of New York (Bar #JF4315)
10/11/88 – Eastern District of New York (Bar #JF4315)
12/02/98 – Western District of New York
05/07/98 – Northern District of New York (Bar # 509390)
10/24/00 – U.S. Court of Appeals, 2nd Circuit (Bar # 2000-618)
07/15/99 – Eastern District of Arkansas and Western District of Arkansas
04/11/94 – District of Arizona – Accurate but cannot represent admitted, due to rule changes
03/06/98 – District of Colorado
12/12/05 – US Supreme Court
05/16/06 – US Court of Appeals, 1st Circuit (Court of Appeals Bar No. 112192)