FILED
DEC - 1 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MAXIMUS, INC., )
)
    Plaintiff, )
)
v. ) No. 1:11cv1231 (LMB/TRJ)
)
TWIN CITY FIRE INSURANCE CO. )
and AXIS REINSURANCE CO., )
)
    Defendants. )

## ORDER GRANTING AN EXTENSION OF TIME TO RESPOND AND SETTING A BRIEFING SCHEDULE

Upon consideration of the *Consent Motion* filed by plaintiff, and it otherwise appearing proper to do so, it is hereby

ORDERED that the time to file and serve the defendants' responses to the *Complaint* is extended to, and including, December 22, 2011; and it is further

ORDERED that if either (or both) defendants file a motion to dismiss in response, then the following briefing schedule shall govern:

| Date | Event |
|---|---|
| January 13, 2012 | Plaintiff's Brief in Opposition |
| January 20, 2012 | Defendants' Reply Brief |
| ~~January 27, 2012~~ Friday February 3 2012 at 10:00 am | Oral Argument |

ENTERED this 1st day of December 2011.

Alexandria, Virginia

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge