AO 440 (Rev. 12/09) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2011 DEC -2 A 10: 33

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

MAXIMUS, INC.

*Plaintiff*

v.

AXIS REINSURANCE COMPANY, et al.

*Defendant*

Civil Action No. 1:11cv1231

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
AXIS REINSURANCE COMPANY
430 Park Avenue
New York, NY 10022-3505,
United States
Phone: 212-500-7569

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael Lowman
Jenner & Block LLP
1099 New York Ave. NW
Suite 900
Washington DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 10, 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __AXIS REINSURANCE COMPANY__
was received by me on *(date)* __11-11-11__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Melissa Johnson, receptionist__, who is designated by law to accept service of process on behalf of *(name of organization)* __Axis Reinsurance Company, 430 Park Ave., NY, Ny 10022__ on *(date)* __11-11-11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __Nov. 14, 2011__

Jason Agee
Private Process Server

*Server's signature*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Server's address*

Additional information regarding attempted service, etc:
* with Notice and Complaint for Breach of Contract with Exhibits

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
-----------------------------------------------------X
MAXIMUS, INC.,

                Plaintiff(s),

  -against-

AXIS REINSURANCE COMPANY;
ET AL.,

                Defendant(s).
-----------------------------------------------------X

Civil Action No. 1:11 CV 1231

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK  )

    JASON AGEE, being duly sworn, deposes and says that he is an agent of CAPITOL PROCESS SERVICES, INC., is over the age of eighteen years and is not a party to the action.

    That on the 11th day of November, 2011, at approximately 2:38 p.m., deponent served a true copy of the **Summons in a Civil Action; Notice and Complaint for Breach of Contract** upon Axis Reinsurance Company at 430 Park Avenue, New York, New York 10022 by personally delivering and leaving the same with Melissa Johnson, Receptionist, who is authorized by appointment to accept service.

    Melissa Johnson is a white female, approximately 26 years of age, is approximately 5 feet and 6 inches tall, weighs approximately 130 pounds, with medium length brown hair and dark eyes.

Sworn to before me this
14th day of November, 2011

_____
NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014

_____
JASON AGEE #1196790

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050