IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:11CV1231-LMB/TRJ__, Case Name __Maximus Inc. v. Twin City Fire Ins., et. al.__

Party Represented by Applicant: __Axis Insurance Company__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Justin Evan Klein__
Bar Identification Number __4227377__     State __New York__
Firm Name __Satterlee, Stephens, Burke & Burke, LLP__
Firm Phone # __212-818-9200__     Direct Dial # __212-404-8706__     FAX # __212-818-9606 or 6907__
E-Mail Address __Jklein@ssbb.com__
Office **Mailing** Address __230 Park Avenue, Suite 1130, New York, NY 10169__

Name(s) of federal court(s) in which I have been admitted __See attached rider.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)     __12-15-2011__
__STEPHEN R PICKARD__     __16374__
(Typed or Printed Name)     (Date)     (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____     _____
(Judge's Signature)     (Date)

RIDER

Justin Evan Klein is a member in good standing of the highest court of the State of New York, admitted on April 20, 2004. Mr. Klein is also admitted to practice before the following Federal Courts:

United States District Court for the Southern District of New York – June 1, 2004

United States District Court for the Eastern District of New York – June 1, 2004

United States Court of Federal Claims – June 16, 2005

United States Court of Appeals for the Federal Circuit – January 11, 2006

United States Court of Appeals for the Second Circuit – September 28, 2006

United States Court of Appeals for the Ninth Circuit – September 27, 2007

United States Court of Appeals for the Fourth Circuit – January 15, 2008

724951_1