## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:11CV1231-LMB/TRJ, Case Name   Maximus Inc. v. Twin City Fire Ins., et. al.

Party Represented by Applicant: Axis Insurance Company

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please)  James Frederick Rittinger

Bar Identification Number 1294099          State New York

Firm Name Satterlee, Stephens, Burke & Burke, LLP

Firm Phone # 212-818-9200          Direct Dial # 212-404-8770          FAX # 212-818-9606 or 6907

E-Mail Address Jrittinger@ssbb.com

Office **Mailing** Address 230 Park Avenue, Suite 1130, New York, NY 10169

Name(s) of federal court(s) in which I have been admitted See attached rider.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and I petition the court to admit the applicant *pro hac vice*.

(Signature)          12-15-2011 (Date)

STEPHEN R PICKARD (Typed or Printed Name)          16374 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)                              (Date)

RIDER

James F. Rittinger is a member in good standing of the highest court of the State of New York, admitted on April 26, 1972 (Bar # 1294099), and is a member in good standing of the Bar of New York. Mr. Rittinger is also admitted to practice before the following Courts:

United States Supreme Court – 1975*

United States Court of Appeals, 2nd Circuit - May 9, 1974*

United States Court of Appeals, 3rd Circuit - March 28, 1996*

United States Court of Appeals, 4th Circuit - May 31, 2000*

United States Court of Appeals, 6th Circuit - November 10, 1999*

United States Court of Appeals, 9th Circuit - March 24, 1992*

United States Court of Appeals, 11th Circuit - July 31, 2002*

United States Court of Appeals, for the District of Columbia - August 15, 2001*

United States District Court, Southern and Eastern Districts of New York - May 15, 1973 (Bar #: JR-0556)

United States District Court, Northern District of New York - July 22, 1994 (Bar #: 507281)

United States District Court, Western District of New York - November 21, 1997 (Bar #: JR-0556)

United States District Court, Eastern District of Michigan - August 27, 1987 (Bar #: JR-0556)

United States District Court, Northern District of Florida – March 21, 2005 (Bar #: JR-0556)

In addition, he has been admitted in numerous state and district courts throughout the United States pro hac vice.

*No Bar # - use date of admission

529412_1