UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAXIMUS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:11cv1231 (LMB/TRJ) |
| ) | |
| TWIN CITY FIRE INSURANCE CO. ) | |
| and AXIS REINSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

### SEALING ORDER

Upon consideration of the motion filed by plaintiff, Maximus, Inc. ("Maximus"), for an order allowing the defendants to file certain exhibits in support of their motions to dismiss **UNDER SEAL** and to allow the parties to file **REDACTED** briefs in support of, or in opposition, thereto, the Court finds as follows:

1. Proper notice of this sealing motion has been given to the public through the public filing of this motion.

2. Maximus has made a proper factual showing to support its motion for sealing.

3. The Court, having considered Maximus' motion and reviewed the proposed exhibits *in camera*, finds that confidential business information is included in those proposed exhibits.

4. The public does not have an interest in knowing the particular details of this confidential business information at this stage of the case, but Maximus' competitive standing, and the confidentiality interests of third parties, would be harmed by the immediate public disclosure of its confidential business information in the Court records. To prevent misuse of

this information in these circumstances, there is no less drastic alternative to sealing limited portions of the record and allowing redactions in the parties' briefing.

Accordingly, it is hereby

ORDERED that the defendants may file the following documents **UNDER SEAL** as exhibits to their motions to dismiss:

- Maximus' May 27, 2009 Settlement Agreement with Executive Risk Indemnity, Inc.;
- Maximus' December 12, 2008 Settlement Agreement with American International Speciality Lines Insurance Company (AISLIC);
- Maximus' January 8, 2007 arbitration demand with Accenture;
- Accenture's January 29, 2007 counterclaims against Maximus;
- An October 30, 2008 letter by Maximus' counsel analyzing risks posed in the litigation between Maximus and Accenture; and
- A February 9, 2009 letter explaining the reasons for Maximus' settlement with Accenture; and it is further

ORDERED that the parties may file **REDACTED** briefs in support of, or in opposition to, those motions to dismiss, redacting specific references to the information contained in the sealed exhibits; and it is further

ORDERED that those sealed and redacted filings shall remain sealed unless and until the Court enters an order unsealing them.

ENTERED this 20 day of December 2011.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge