**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MAXIMUS, INC.<br><br>         Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE CO. *and*<br>AXIS REINSURANCE CO.<br><br>         Defendants. | Case No. 1:11CV1231-LMB/TRJ |

**PLAINTIFF'S MOTION TO DISMISS
COUNT I OF BOTH DEFENDANTS' COUNTERCLAIMS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff, Maximus, Inc. ("Maximus"), moves to dismiss Count I of the counterclaims asserted by both Defendants, Axis Reinsurance Co. ("Axis") and Twin City Fire Insurance Co. ("Twin City"). The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum of law in support of Maximus' motion to dismiss.

Dated: January 13, 2012.

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL:   (703) 549-5354
FAX:   (703) 549-2604
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for plaintiff Maximus, Inc.*

*Of Counsel for plaintiff Maximus, Inc.:*

Michael K. Lowman (VSB # 41663)
mlowman@jenner.com
Matthew Jacobs (admitted *pro hac vice*)
mjacobs@jenner.com
JENNER & BLOCK LLP
1099 New York Ave., N.W., Suite 900
Washington, D.C. 20001
Phone:  202-639-6000
Fax:  202-639-6066

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of January 2012, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record:

| | |
|---|---|
| Charles B. Wayne<br>charles.wayne@dlapiper.com<br>DLA PIPER LLP (US)<br>500 8th Street, N.W.<br>Washington, D.C. 20004<br>(202) 799-4253<br>(202) 799-5253 (fax)<br>*Counsel for defendant Twin City Fire Insurance Co.* | Stephen R. Pickard<br>115 Oronoco Street<br>Alexandria, VA 22314<br>(703) 836-3505<br>(703) 836-3558<br>srpickard@aol.com<br>*Counsel for defendant Axis Reinsurance Co.* |
| *Of Counsel:* | *Of Counsel:* |
| Joseph G. Finnerty III<br> (admitted *pro hac vice*)<br>Eric S. Connuck (admitted *pro hac vice*)<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 335-4500<br>*Counsel for defendant Twin City Fire Insurance Co.* | SATTERLEE STEPHENS BURKE<br> & BURKE LLP<br>James F. Rittinger (admitted *pro hac vice*)<br>Justin E. Klein (admitted *pro hac vice*)<br>230 Park Avenue<br>New York, New York 10169<br>(212) 818-9200 (Phone)<br>(212) 818-9606 (Fax)<br>*Counsel for defendant Axis Reinsurance Co.* |

    /s/ Craig C. Reilly
    Craig C. Reilly VSB # 20942
    111 Oronoco Street
    Alexandria, Virginia 22314
    TEL: (703) 549-5354
    FAX: (703) 549-2604
    EMAIL: craig.reilly@ccreillylaw.com
    *Counsel for plaintiff Maximus, Inc.*