**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

MAXIMUS, INC.

               Plaintiff,

v.

TWIN CITY FIRE INSURANCE CO. *and*
AXIS REINSURANCE CO.

               Defendants.

Case No. 1:11CV1231-LMB/TRJ

## NOTICE OF SUBMISSION TO CHAMBERS

PLEASE TAKE NOTICE that, for the convenience of the Court, Plaintiff, Maximus, Inc., has submitted to chambers a compilation of the following previously filed documents which are cited in support of its motion to dismiss Count I of the counterclaims asserted by both Defendants, Axis Reinsurance Co. and Twin City Fire Insurance Co.:

- AISLIC Policy (Doc. 1-2)

- Axis Policy (Doc. 1-3)

- Twin City Policy (Doc. 1-4)

- Beazley Policy (Doc. 30-1)

- AISLIC Settlement (FILED UNDER SEAL) (Doc. 22-18 & Doc. 24-17)

- Executive Risk Settlement (FILED UNDER SEAL) (Doc. 22-19 & 24-18)

- Beazley Settlement (Doc. 22-20 & 24-19)

Dated: January 17, 2012.

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL:   (703) 549-5354
FAX:   (703) 549-2604
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for plaintiff Maximus, Inc.*

*Of Counsel for plaintiff Maximus, Inc.:*

Michael K. Lowman (VSB # 41663)
mlowman@jenner.com
Matthew Jacobs (admitted *pro hac vice*)
mjacobs@jenner.com
JENNER & BLOCK LLP
1099 New York Ave., N.W., Suite 900
Washington, D.C. 20001
Phone:  202-639-6000
Fax:  202-639-6066

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2012, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record:

Charles B. Wayne
charles.wayne@dlapiper.com
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)
*Counsel for defendant Twin City Fire Insurance Co.*

*Of Counsel:*

Joseph G. Finnerty III
   (admitted *pro hac vice*)
Eric S. Connuck (admitted *pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
*Counsel for defendant Twin City Fire Insurance Co.*

Stephen R. Pickard
115 Oronoco Street
Alexandria, VA 22314
(703) 836-3505
(703) 836-3558
srpickard@aol.com
*Counsel for defendant Axis Reinsurance Co.*

*Of Counsel:*

SATTERLEE STEPHENS BURKE
   & BURKE LLP
James F. Rittinger (admitted *pro hac vice*)
Justin E. Klein (admitted *pro hac vice*)
230 Park Avenue
New York, New York 10169
(212) 818-9200 (Phone)
(212) 818-9606 (Fax)
*Counsel for defendant Axis Reinsurance Co.*

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL:   (703) 549-5354
FAX:   (703) 549-2604
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for plaintiff Maximus, Inc.*