UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAXIMUS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-1231 (LMB/TRJ) |
| ) | |
| TWIN CITY FIRE INSURANCE CO. ) | |
| and AXIS REINSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

The Clerk will please enter the appearance of the following additional counsel for defendant Twin City Fire Insurance Co.:

> Mitka T. Baker (Va. Bar # 67925)
> DLA Piper LLP (US)
> 500 8th Street, N.W.
> Washington, D.C. 20004
> (202) 799-4519
> (202) 799-5519 (fax)
> mitka.baker@dlapiper.com

Respectfully submitted,

/s/
Charles B. Wayne (# 24954)
Mitka T. Baker (#67925)
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4519
(202) 799-5519 (fax)
mitka.baker@dlapiper.com

*Counsel for Defendant*
*Twin City Fire Insurance Co.*

Of Counsel:

Joseph G. Finnerty, III
Eric S. Connuck
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020
(212) 335-4800
(212) 884-8660 (fax)
joseph.finnertyiii@dlapiper.com
eric.connuck@dlapiper.com