UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAXIMUS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-1231 (LMB/TRJ) |
| TWIN CITY FIRE INSURANCE CO. and AXIS REINSURANCE CO., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2012, I electronically filed the Entry of Appearance of Mitka T. Baker with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

   /s/ Mitka T. Baker
Charles B. Wayne (# 24954)
Mitka T. Baker (#67925)
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4519
(202) 799-5519 (fax)
mitka.baker@dlapiper.com