**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MAXIMUS, INC., <br><br>　　　　　　Plaintiff, <br>　　v. <br><br>TWIN CITY FIRE INSURANCE CO. AND AXIS REINSURANCE CO., <br><br>　　　　　　Defendants. | Case No. 1:11CV1231-LMB/TRJ |

To:　　Craig Crandall Reilly
　　　　Law Office of Craig C. Reilly
　　　　111 Oronoco St.
　　　　Alexandria, VA 22314

　　　　Michael Keith Lowman
　　　　Jenner & Block LLP
　　　　1099 New York Ave., NW
　　　　Suite 900
　　　　Washington DC 20001-4412

**NOTICE**

　　　　Please take notice that Defendant Axis Reinsurance Company shall bring on for hearing its Motion for Summary Judgment on March 16, 2012 at 10:00 a.m. or as soon thereafter as the Court can hear this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　Stephen R. Pickard
　　　　　　　　　　　　　　　　　　　On behalf of the Defendant

By: _____/s/_____
Stephen R. Pickard, Esq.
Stephen R. Pickard P.C.
VA Bar # 16374  115 Oronoco Street
Alexandria, VA 22314
(703) 836-3505
(703) 836-3558 (Fax)
srpickard@aol.com

1361525_1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA 22314
703-549-5354
Fax: 703-549-2604
Email: craig.reilly@ccreillylaw.com

Michael Keith Lowman
Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington DC 20001-4412
202-639-6000
Email: mlowman@jenner.com

By:     /s/
Stephen R. Pickard, Esq.
Stephen R. Pickard P.C.
VA Bar # 16374  115
Oronoco Street
Alexandria, VA 22314
(703) 836-3505
(703) 836-3558 (Fax)
srpickard@aol.com
Attorney for Defendant

1361525_1