# Exhibit A-1

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Integrated Eligibility and Enrollment Services Agreement | | | | | | | |
| 2 | HHSC Contract # 529-04-334-001 | | | | | | | |
| 3 | | | | | | | | |
| 4 | Summary of TAA Invoices received by HHSC from Accenture as of June 29, 2007 | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | ITEMS | Fee Type | Status¹ | Date | SR Amount | Invoice # | Invoice Amount | Total Amount Paid and/or Owed |
| 8 | Transition Fees | Fixed Transition | P | 08/01/05 | | 1000039828 | $ 17,000,000.00 | $ 17,000,000.00 |
| 9 | Transition Fees | Fixed Transition | P | 09/07/05 | | 1000044805 | $ 9,819,035.00 | $ 9,819,035.00 |
| 10 | Transition Fees | Fixed Transition | P | 11/01/05 | | 1000052220 | $ 12,250,000.00 | $ 12,250,000.00 |
| 11 | Transition Fees | Fixed Transition | P | 12/01/05 | | 1000057499 | $ 12,250,000.00 | $ 12,250,000.00 |
| 12 | Transition Fees | Fixed Transition | P | 01/02/06 | | 1000061523 | $ 12,250,000.00 | $ 12,250,000.00 |
| 13 | TIERS Fixed Fees (Sep 06) | TIERS Fixed | P | 10/02/06 | | 1000100514 | $ 2,796,265.00 | $ 2,796,265.00 |
| 14 | TIERS Fixed Fees (Oct 06) | TIERS Fixed | P | 11/01/06 | | 1000104926 | $ 2,796,265.00 | $ 2,796,265.00 |
| 15 | TIERS Fixed Fees (Nov 06) | TIERS Fixed | P | 12/01/06 | | 1000109599 | $ 2,796,265.00 | $ 2,796,265.00 |
| 16 | TIERS Fixed Fees (May 06) | TIERS Fixed | P | 06/01/06 | | 1000078210 | $ 2,796,265.00 | $ 2,796,265.00 |
| 17 | TIERS Fixed Fees (March 07) | TIERS Fixed | P | 04/02/07 | | 1000123363 | $ 1,200,554.82 | $ 1,200,554.82 |
| 18 | TIERS Fixed Fees (Mar 06) | TIERS Fixed | P | 04/01/06 | | 1000070292 | $ 2,796,265.00 | $ 2,796,265.00 |
| 19 | TIERS Fixed Fees (Jun 06) | TIERS Fixed | P | 07/03/06 | | 1000086733 | $ 2,796,265.00 | $ 2,796,265.00 |
| 20 | TIERS Fixed Fees (Jul 06) | TIERS Fixed | P | 08/01/06 | | 1000091530 | $ 2,796,265.00 | $ 2,796,265.00 |
| 21 | TIERS Fixed Fees (Jan 07) | TIERS Fixed | P | 02/01/07 | | 1000118793 | $ 2,830,982.00 | $ 2,830,982.00 |
| 22 | TIERS Fixed Fees (Jan 06) | TIERS Fixed | P | 02/01/06 | | 1000066098 | $ 2,796,265.00 | $ 2,796,265.00 |
| 23 | TIERS Fixed Fees (Feb 07) | TIERS Fixed | P | 03/01/07 | | 1000123363 | $ 2,830,982.00 | $ 2,830,982.00 |
| 24 | TIERS Fixed Fees (Feb 06) | TIERS Fixed | P | 03/01/06 | | 1000066098 | $ 2,796,265.00 | $ 2,796,265.00 |
| 25 | TIERS Fixed Fees (Dec 06) | TIERS Fixed | P | 01/02/07 | | 1000114108 | $ 2,796,264.00 | $ 2,796,264.00 |
| 26 | TIERS Fixed Fees (Aug 06) | TIERS Fixed | P | 09/01/06 | | 1000096232 | $ 2,796,265.00 | $ 2,796,265.00 |
| 27 | TIERS Fixed Fees (Apr 06) | TIERS Fixed | P | 05/01/06 | | 1000074309 | $ 2,796,265.00 | $ 2,796,265.00 |
| 28 | Postage Reimbursement | Periodic Activity | P | 03/21/07 | | 1000125818 | $ 10,000.00 | $ 10,000.00 |
| 29 | Integrated Eligibility Fixed Fees (Sept 06) shortpay | IE Fixed | P | 10/01/06 | | 1000100513/1000100511 | $ 2,090,695.00 | $ 2,090,695.00 |
| 30 | Integrated Eligibility Fixed Fees (Oct 06) shortpay | IE Fixed | P | 11/01/06 | | 1000104927 | $ 2,000,000.00 | $ 2,000,000.00 |
| 31 | Integrated Eligibility Fixed Fees (Nov 06) | IE Fixed | P | 12/01/06 | | 10001094596 | $ 3,920,281.00 | $ 3,920,281.00 |
| 32 | Integrated Eligibility Fixed Fees (May) shortpay | IE Fixed | P | 06/01/06 | | 1000078207/1000078208 | $ 1,920,281.00 | $ 1,920,281.00 |
| 33 | Integrated Eligibility Fixed Fees (May 06) shortpay | IE Fixed | P | 06/01/06 | | 1000078207/1000078208 | $ 2,090,700.00 | $ 2,090,700.00 |
| 34 | Integrated Eligibility Fixed Fees (Mar 06) | IE Fixed | P | 04/01/06 | | 1000070288/1000070226 | $ 4,010,981.00 | $ 4,010,981.00 |
| 35 | Integrated Eligibility Fixed Fees (June) shortpay | IE Fixed | P | 07/01/06 | | 1000074299/1000074306 | $ 1,920,281.00 | $ 1,920,281.00 |
| 36 | Integrated Eligibility Fixed Fees (June 06) shortpay | IE Fixed | P | 07/01/06 | | 1000074299/1000074306 | $ 2,090,700.00 | $ 2,090,700.00 |
| 37 | Integrated Eligibility Fixed Fees (July) shortpay | IE Fixed | P | 08/01/06 | | 1000086731/1000086725 | $ 1,920,281.00 | $ 1,920,281.00 |
| 38 | Integrated Eligibility Fixed Fees (July 06) shortpay | IE Fixed | P | 08/01/06 | | 1000086731/1000086725 | $ 2,090,700.00 | $ 2,090,700.00 |
| 39 | Integrated Eligibility Fixed Fees (Jan 07) | IE Fixed | P | 02/01/07 | | 1000118795 | $ 553,203.23 | $ 553,203.23 |
| 40 | Integrated Eligibility Fixed Fees (Jan 06) | IE Fixed | P | 02/01/06 | | 1000066100/1000066104 | $ 4,010,981.00 | $ 4,010,981.00 |
| 41 | Integrated Eligibility Fixed Fees (Feb 06) | IE Fixed | P | 03/01/06 | | 1000070288/1000074299 | $ 4,010,981.00 | $ 4,010,981.00 |
| 42 | Integrated Eligibility Fixed Fees (Dec 06) | IE Fixed | P | 01/02/07 | | 1000114107 | $ 2,000,000.00 | $ 2,000,000.00 |
| 43 | Integrated Eligibility Fixed Fees (Aug) shortpay | IE Fixed | P | 09/01/06 | | 1000096237/1000096235 | $ 1,920,281.00 | $ 1,920,281.00 |
| 44 | Integrated Eligibility Fixed Fees (Aug 06) shortpay | IE Fixed | P | 09/01/06 | | 1000096237/1000096235 | $ 2,090,700.00 | $ 2,090,700.00 |
| 45 | Integrated Eligibility Fixed Fees (Apr) shortpay | IE Fixed | P | 05/01/06 | | 1000074299/1000074306 | $ 1,920,281.00 | $ 1,920,281.00 |
| 46 | Integrated Eligibility Fixed Fees (Apr) shortpay | IE Fixed | P | 05/01/06 | | 1000074299/1000074306 | $ 2,090,700.00 | $ 2,090,700.00 |
| 47 | Integrated Eligibility Fixed Fees - IE CHIP (Nov 05) | IE Fixed | P | 12/01/05 | | 1000057502 | $ 459,196.00 | $ 459,196.00 |
| 48 | Integrated Eligibility Fixed Fees - IE CHIP (Dec 05) | IE Fixed | P | 01/02/06 | | 1000061526 | $ 459,197.00 | $ 459,197.00 |
| 49 | IE Variable Fees (Jan 06) | IE Variable | P | 02/23/06 | | 1000068836 | $ 873,237.70 | $ 873,237.70 |
| 50 | IE Variable Fees (Feb 06) | IE Variable | P | 03/08/06 | | 1000071260 | $ 712,934.63 | $ 712,934.63 |
| 51 | IE Variable Fees (Dec 05) | IE Variable | P | 01/26/06 | | 1000064796 | $ 640,314.50 | $ 640,314.50 |
| 52 | Enrollment Broker Variable Fees Correction (March - May 2006) | EB Variable | P | 03/21/07 | | 1000125826 | $ 46,964.85 | $ 46,964.85 |
| 53 | Enrollment Broker Variable Fees (Sep 06) | EB Variable | P | 10/02/06 | | 1000100512 | $ 1,412,271.00 | $ 1,412,271.00 |
| 54 | Enrollment Broker Variable Fees (Oct 06) | EB Variable | P | 11/01/06 | | 1000104922 | $ 1,414,183.01 | $ 1,414,183.01 |
| 55 | Enrollment Broker Variable Fees (Nov 06) | EB Variable | P | 12/01/06 | | 1000109594 | $ 1,461,040.73 | $ 1,461,040.73 |
| 56 | Enrollment Broker Variable Fees (Nov 05) | EB Variable | P | 12/01/05 | | 1000057506 | $ 1,049,136.00 | $ 1,049,136.00 |
| 57 | Enrollment Broker Variable Fees (May 06) | EB Variable | P | 06/01/06 | | 1000078363 | $ 1,336,092.00 | $ 1,336,092.00 |
| 58 | Enrollment Broker Variable Fees (Mar 07) | EB Variable | P | 04/02/07 | | 1000127504 | $ 517,669.84 | $ 517,669.84 |
| 59 | Enrollment Broker Variable Fees (Mar 06) | EB Variable | P | 04/01/06 | | 1000074302 | $ 1,381,256.79 | $ 1,381,256.79 |
| 60 | Enrollment Broker Variable Fees (Jun 06) | EB Variable | P | 07/03/06 | | 1000086730 | $ 1,372,199.66 | $ 1,372,199.66 |
| 61 | Enrollment Broker Variable Fees (Jul 06) | EB Variable | P | 08/01/06 | | 1000091528 | $ 1,376,262.00 | $ 1,376,262.00 |
| 62 | Enrollment Broker Variable Fees (Jan 07) | EB Variable | P | 02/01/07 | | 1000118797 | $ 1,555,350.30 | $ 1,555,350.30 |
| 63 | Enrollment Broker Variable Fees (Jan 06) | EB Variable | P | 02/01/06 | | 1000066097 | $ 1,424,831.37 | $ 1,424,831.37 |
| 64 | Enrollment Broker Variable Fees (Feb07) | EB Variable | P | 03/01/07 | | 1000123376 | $ 1,582,306.28 | $ 1,582,306.28 |
| 65 | Enrollment Broker Variable Fees (Feb 06) | EB Variable | P | 03/01/06 | | 1000070283 | $ 1,408,769.54 | $ 1,408,769.54 |
| 66 | Enrollment Broker Variable Fees (Dec 06) | EB Variable | P | 01/02/07 | | 1000114254 | $ 1,571,749.17 | $ 1,571,749.17 |
| 67 | Enrollment Broker Variable Fees (Dec 05) | EB Variable | P | 01/02/06 | | 1000061525 | $ 1,446,412.11 | $ 1,446,412.11 |
| 68 | Enrollment Broker Variable Fees (Aug 06) | EB Variable | P | 09/01/06 | | 1000096230 | $ 1,384,910.00 | $ 1,384,910.00 |
| 69 | Enrollment Broker Variable Fees (Apr 06) | EB Variable | P | 05/01/06 | | 1000078363 | $ 1,355,990.00 | $ 1,355,990.00 |
| 70 | Enrollment Broker Fixed Fees (Sep 06) | EB Fixed | P | 10/02/06 | | 1000100512 | $ 672,605.00 | $ 672,605.00 |
| 71 | Enrollment Broker Fixed Fees (Oct 06) | EB Fixed | P | 11/01/06 | | 1000104922 | $ 672,605.00 | $ 672,605.00 |
| 72 | Enrollment Broker Fixed Fees (Nov 06) | EB Fixed | P | 12/01/06 | | 1000109594 | $ 672,605.00 | $ 672,605.00 |
| 73 | Enrollment Broker Fixed Fees (Nov 05) | EB Fixed | P | 12/01/05 | | 1000057506 | $ 672,605.00 | $ 672,605.00 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Integrated Eligibility and Enrollment Services Agreement | | | | | | | |
| 2 | HHSC Contract # 529-04-334-001 | | | | | | | |
| 3 | | | | | | | | |
| 4 | Summary of TAA Invoices received by HHSC from Accenture as of June 29, 2007 | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | ITEMS | Fee Type | Status^ | Date | SR Amount | Invoice # | Invoice Amount | Total Amount Paid and/or Owed |
| 74 | Enrollment Broker Fixed Fees (May 06) | EB Fixed | P | 06/01/06 | | 1000078363 | $ 672,605.00 | $ 672,605.00 |
| 75 | Enrollment Broker Fixed Fees (Mar 07) | EB Fixed | P | 04/02/07 | | 1000127504 | $ 688,775.00 | $ 688,775.00 |
| 76 | Enrollment Broker Fixed Fees (Mar 06) | EB Fixed | P | 04/01/06 | | 1000074302 | $ 672,605.00 | $ 672,605.00 |
| 77 | Enrollment Broker Fixed Fees (Jun 06) | EB Fixed | P | 07/03/06 | | 1000086730 | $ 672,605.00 | $ 672,605.00 |
| 78 | Enrollment Broker Fixed Fees (Jul 06) | EB Fixed | P | 08/01/06 | | 1000091528 | $ 672,605.00 | $ 672,605.00 |
| 79 | Enrollment Broker Fixed Fees (Jan 07) | EB Fixed | P | 02/01/07 | | 1000118797 | $ 688,775.00 | $ 688,775.00 |
| 80 | Enrollment Broker Fixed Fees (Jan 06) | EB Fixed | P | 02/01/06 | | 1000066097 | $ 672,605.00 | $ 672,605.00 |
| 81 | Enrollment Broker Fixed Fees (Feb07) | EB Fixed | P | 03/01/07 | | 1000123376 | $ 688,775.00 | $ 688,775.00 |
| 82 | Enrollment Broker Fixed Fees (Feb 06) | EB Fixed | P | 03/01/06 | | 1000070283 | $ 672,605.00 | $ 672,605.00 |
| 83 | Enrollment Broker Fixed Fees (Dec 06) | EB Fixed | P | 01/02/07 | | 1000114254 | $ 672,611.00 | $ 672,611.00 |
| 84 | Enrollment Broker Fixed Fees (Dec 05) | EB Fixed | P | 01/02/06 | | 1000061525 | $ 672,605.00 | $ 672,605.00 |
| 85 | Enrollment Broker Fixed Fees (Aug 06) | EB Fixed | P | 09/01/06 | | 1000096230 | $ 672,605.00 | $ 672,605.00 |
| 86 | Enrollment Broker Fixed Fees (Apr 06) | EB Fixed | P | 05/01/06 | | 1000078363 | $ 672,605.00 | $ 672,605.00 |
| 87 | Conversion Fees | Fixed Conversion | P | 2/1/2006 | | 1000066096 | $ 2,582,090.00 | $ 2,582,090.00 |
| 88 | Amendment K - COR 30 - Fixed Fees CHIP Perinatal | Periodic Activity | P | 03/01/07 | | 1000123367 | $ 362,041.00 | $ 362,041.00 |
| 89 | Amendment K - COR 30 - Fixed Fees | Periodic Activity | P | 02/26/07 | | 1000121888 | $ 362,041.00 | $ 362,041.00 |
| 90 | Amendment K - COR 30 - Fixed Fees | Periodic Activity | P | 04/02/07 | | 1000127502 | $ 362,041.00 | $ 362,041.00 |
| 91 | Amendment I - COR 11 - Fixed Fees for ITG #61163 (Jan 07) | Periodic Activity | P | 02/06/07 | | 1000118815 | $ 11,838.00 | $ 11,838.00 |
| 92 | Amendment I - COR 11 - Fixed Fees for ITG #61163 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114203 | $ 11,838.00 | $ 11,838.00 |
| 93 | Amendment I - COR 11 - Fixed Fees for ITG #45654 (Jan 07) | Periodic Activity | P | 02/06/07 | | 1000118815 | $ 425,362.00 | $ 425,362.00 |
| 94 | Amendment I - COR 11 - Fixed Fees for ITG #45654 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114203 | $ 2,552,166.00 | $ 2,403,485.00 |
| 95 | Amendment H - COR 18 - Fixed Fees for ITG #61530 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114193 | $ 13,476.00 | $ 3,476.00 |
| 96 | Amendment H - COR 18 - Fixed Fees for ITG #58782 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114193 | $ 42,735.00 | $ 32,735.00 |
| 97 | Amendment H - COR 18 - Fixed Fees for ITG #58782 (Dec 06) | Periodic Activity | P | 02/06/07 | | 1000118817 | $ 14,244.00 | $ 4,244.00 |
| 98 | Amendment H - COR 18 - Fixed Fees for ITG #55693 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114193 | $ 51,974.07 | $ 41,974.07 |
| 99 | Amendment H - COR 18 - Fixed Fees for ITG #55670 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114193 | $ 35,502.00 | $ 25,502.00 |
| 100 | Amendment H - COR 18 - Fixed Fees for ITG #54540 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114193 | $ 34,178.00 | $ 25,680.00 |
| 101 | Amendment H - COR 18 - Fixed Fees for ITG #52455 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114193 | $ 12,532.00 | $ 12,532.00 |
| 102 | Amendment H - COR 18 - Fixed Fees for ITG #52365 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114193 | $ 18,216.00 | $ 18,216.00 |
| 103 | Amendment H - COR 18 - Fixed Fees for ITG #38572 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114193 | $ 40,910.00 | $ 40,910.00 |
| 104 | Amendment G- COR 17 - THS Reminder Letters (March 07) | Periodic Activity | P | 03/21/07 | | 1000125806 | $ 120,354.08 | $ 120,354.08 |
| 105 | Amendment G- COR 17 - THS Reminder Letters (Jan 07) | Periodic Activity | P | 02/06/07 | | 1000119437 | $ 113,998.09 | $ 113,998.09 |
| 106 | Amendment G- COR 17 - THS Reminder Letters (Feb 07) | Periodic Activity | P | 02/26/07 | | 1000121883 | $ 119,720.50 | $ 119,720.50 |
| 107 | Amendment G- COR 17 - THS Reminder Letters (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114198 | $ 109,264.10 | $ 109,264.10 |
| 108 | Amendment G - COR 17 - THS Overdue Letters (March 07) | Periodic Activity | P | 04/02/07 | | 1000127493 | $ 63,000.20 | $ 63,000.20 |
| 109 | Amendment G - COR 17 - THS Overdue Letters (Jan 07) | Periodic Activity | P | 02/06/07 | | 1000118798 | $ 60,206.45 | $ 60,206.45 |
| 110 | Amendment G - COR 17 - THS Overdue Letters (Feb 07) | Periodic Activity | P | 03/01/07 | | 1000123362 | $ 60,984.64 | $ 60,984.64 |
| 111 | Amendment G - COR 17 - THS Overdue Letters (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114530 | $ 62,402.33 | $ 62,402.33 |
| 112 | Amendment F - COR 8 - Fixed Fees for ITG #42036 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114201 | $ 7,695.00 | $ 7,695.00 |
| 113 | Amendment F - COR 8 - Fixed Fees for ITG #42035 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114201 | $ 53,330.00 | $ 32,136.00 |
| 114 | Amendment F - COR 8 - Fixed Fees for ITG #42033 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114201 | $ 17,850.00 | $ 17,850.00 |
| 115 | Amendment F - COR 8 - Fixed Fees for ITG #42029 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114201 | $ 14,630.00 | $ 14,630.00 |
| 116 | Amendment F - COR 8 - Fixed Fees for ITG #38570 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114201 | $ 75,049.00 | $ 75,049.00 |
| 117 | Amendment F - COR 8 - Fixed Fees for ITG #38559 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114201 | $ 39,191.00 | $ 39,191.00 |
| 118 | Amendment F - COR 8 - Fixed Fees for ITG #38554 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114201 | $ 15,031.00 | $ 15,031.00 |
| 119 | Amendment E -COR 2- Component 5 - IE Printing (Dec06) | Periodic Activity | P | 02/01/07 | | 1000118820 | $ 51,320.97 | $ 51,320.97 |
| 120 | Amendment E -COR 2- Component 5 -  (Nov 05 - Nov 06) | Periodic Activity | P | 01/02/07 | | 1000114489 | $ 1,021,141.34 | $ 1,021,141.34 |
| 121 | Amendment E -COR 2- Component 5 -  (Mar 07) | Periodic Activity | P | 04/17/07 | | 1000129869 | $ 183,987.60 | $ 183,987.60 |
| 122 | Amendment E -COR 2- Component 5 -  (Jan 07) | Periodic Activity | P | 03/21/07 | | 1000125822 | $ 14,408.10 | $ 14,408.10 |
| 123 | Amendment E -COR 2- Component 5 -  (Feb 07) | Periodic Activity | P | 03/21/07 | | 100012823 | $ 122,682.06 | $ 122,682.06 |
| 124 | Amendment E -COR 2- Component 4 - CPC Correspondence (Jan 07) | Periodic Activity | P | 02/06/07 | | 1000118809 | $ 27,621.66 | $ 27,621.66 |
| 125 | Amendment E -COR 2- Component 4 - CPC Correspondence (Feb 07) | Periodic Activity | P | 03/21/07 | | 1000125804 | $ 28,012.95 | $ 28,012.95 |
| 126 | Amendment E -COR 2- Component 4 - CPC Correspondence (Feb 07) | Periodic Activity | P | 04/02/07 | | 1000127491 | $ 31,717.03 | $ 31,717.03 |
| 127 | Amendment E -COR 2- Component 4 - CPC Correspondence (Dec 05 - Nov 06) | Periodic Activity | P | 01/02/07 | | 1000114495 | $ 287,189.64 | $ 287,189.64 |
| 128 | Amendment E -COR 2 - Component 3 - Immunization Stuffers (May 06 - Nov 06) | Periodic Activity | P | 01/02/07 | | 1000114484 | $ 6,915.23 | $ 6,915.23 |
| 129 | Amendment E -COR 2 - Component 3 - Immunization Stuffers (Dec 06) | Periodic Activity | P | 03/21/07 | | 1000125803 | $ 972.49 | $ 972.49 |
| 130 | Amendment E -COR 2 - Component 1 - Enrollment Broker Printing (Oct 06) | Periodic Activity | P | 01/02/07 | | 1000114257 | $ 103,418.48 | $ 103,418.48 |
| 131 | Amendment E -COR 2 - Component 1 - Enrollment Broker Printing (Nov 06) | Periodic Activity | P | 01/02/07 | | 1000114255 | $ 106,899.65 | $ 106,899.65 |
| 132 | Amendment E -COR 2 - Component 1 - Enrollment Broker Printing (Nov 05 - Sep 06) | Periodic Activity | P | 01/02/07 | | 1000114491 | $ 1,152,295.35 | $ 1,152,295.35 |
| 133 | Amendment D - COR 12 - Fixed Fees for ITG #53939 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114200 | $ 6,600.00 | $ 6,600.00 |
| 134 | Amendment D - COR 12 - Fixed Fees for ITG #46540 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114200 | $ 10,173.00 | $ 10,173.00 |
| 135 | Amendment D - COR 12 - Fixed Fees for ITG #46004 (Dec 06) | Periodic Activity | P | 01/02/07 | | 1000114200 | $ 57,240.00 | $ 49,401.00 |

2/24/2012

**Integrated Eligibility and Enrollment Services Agreement**
**HHSC Contract # 529-04-334-001**

**Summary of TAA Invoices received by HHSC from Accenture as of June 29, 2007**

| | ITEMS | Fee Type | Status^ | Date | SR Amount | Invoice # | Invoice Amount | Total Amount Paid and/or Owed |
|---|---|---|---|---|---|---|---|---|
| 136 | Amendment 3 - Joint Procurement | Periodic Activity | P | 07/03/06 | | 1000086723 | $ 2,489,312.00 | $ 2,489,312.00 |
| 137 | Amendment 3 - Joint Procurement | Periodic Activity | P | 08/01/06 | | 1000091515 | $ 2,477,381.00 | $ 2,477,381.00 |
| 138 | Amendment 3 - Joint Procurement | Periodic Activity | P | 09/01/06 | | 1000096242 | $ 249,217.00 | $ 177,344.00 |
| 139 | Amendment 3 - Joint Procurement | Periodic Activity | P | 10/02/06 | | 1000100489 | $ 33,577.00 | $ 33,577.00 |
| 140 | Amendment 3 - Joint Procurement | Periodic Activity | P | 11/01/06 | | 1000104919 | $ 27,553.00 | $ 27,553.00 |
| 141 | Amendment 3 - Joint Procurement | Periodic Activity | P | 12/01/06 | | 1000109601 | $ 21,614.00 | $ 21,614.00 |
| 142 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 06/01/06 | | 1000082947 | $ 145,011.20 | $ 145,011.20 |
| 143 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 06/15/06 | | 1000084684 | $ 85,324.73 | $ 85,324.73 |
| 144 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 07/17/06 | | 1000089559 | $ 77,718.37 | $ 77,718.37 |
| 145 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 08/04/06 | | 1000092158 | $ 45,720.06 | $ 45,720.06 |
| 146 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 08/17/06 | | 1000093500 | $ 84,676.18 | $ 84,676.18 |
| 147 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 09/01/06 | | 1000096239 | $ 44,822.34 | $ 44,822.34 |
| 148 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 10/02/06 | | 1000098334 | $ 81,261.44 | $ 81,261.44 |
| 149 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 10/02/06 | | 1000100508 | $ 42,684.30 | $ 42,684.30 |
| 150 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 11/01/06 | | 1000102639 | $ 81,537.04 | $ 81,537.04 |
| 151 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 11/01/06 | | 1000104917 | $ 39,210.29 | $ 39,210.29 |
| 152 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 12/01/06 | | 1000109595 | $ 39,321.15 | $ 39,321.15 |
| 153 | Amendment 2 - THSteps Due and Overdue Letters | Periodic Activity | P | 12/01/06 | | 1000109598 | $ 76,298.35 | $ 76,298.35 |
| 154 | Amendment 1 - TIERS Modifications | Periodic Activity | P | 03/02/06 | | 1000068023 | $ 1,106,807.00 | $ 43,363.00 |
| 155 | Amendment 1 - TIERS Modifications | Periodic Activity | P | 03/16/06 | | 1000071962 | $ 813,518.58 | $ 813,518.58 |
| 156 | Amendment 1 - TIERS Modifications | Periodic Activity | P | 04/13/06 | | 1000075779 | $ 1,002,152.00 | $ 1,002,152.00 |
| 157 | Amendment 1 - TIERS Modifications | Periodic Activity | P | 05/15/06 | | 1000080227 | $ 1,069,754.49 | $ 1,069,754.49 |
| 158 | Amendment 1 - TIERS Modifications | Periodic Activity | P | 06/13/06 | | 1000084287 | $ 892,418.00 | $ 892,418.00 |
| 159 | Amendment 1 - TIERS Modifications | Periodic Activity | P | 07/14/06 | | 1000088800 | $ 804,655.00 | $ 804,655.00 |
| 160 | Amendment 1 - TIERS Modifications | Periodic Activity | P | 08/15/06 | | 1000093265 | $ 194,120.00 | $ 194,120.00 |
| 170 | **TOTALS** | | | | | | **$ 207,477,986** | **$ 206,106,457** |

Footnote:
^: **P**(Paid/Adjusted Paid)

**SUMMARY RECAP:**

| Status | Invoice Amount | Total Amount Paid and/or Owed | Unallowable Costs |
|---|---|---|---|
| P | $ 207,477,986 | $ 206,106,457 | $ (1,371,529) |
| **TOTALS** | **$ 207,477,986** | **$ 206,106,457** | **$ (1,371,529)** |