# Exhibit A-2

# Integrated Eligibility and Enrollment Services Agreement

## HHSC Contract # 529-04-334-001

### Analysis of Open TAA Invoices

(Received as of June 29, 2007)

**Updated July 29, 2008**

| Invoice Type - Specific Billable Element: | COR | Invoice Date | Invoiced Amount / OUTSTANDING Amount | Paid by HHSC as part of the Asset Purchase Agreement | Credits Necessary for Capital Assets Billed but Not Purchased | ADJUSTED Invoiced Amount (G = D - E - F) | Amount Payable per HHSC | Percentage Payable - as a percent of Adjusted Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| Amendment E -COR 2- Component 5 - (May 07) | 2 | 06/06/07 | $ 182,822.92 | | | $ 182,822.92 | $ 182,822.92 | 100.00% |
| Amendment E -COR 2- Component 5 - (April 07) | 2 | 06/06/07 | $ 122,006.41 | | | $ 122,006.41 | $ 122,006.41 | 100.00% |
| Amendment E -COR 2- Component 5 - (May 07) | 2 | 06/01/07 | $0.00 | | | $ - | $ - | RESCINDED 6/6/07 |
| Amendment E -COR 2- Component 4 - CPC Correspondence (April 07) | 2 | 05/01/07 | $ 34,845.47 | | | $ 34,845.47 | $ 34,845.47 | 100.00% |
| Amendment E -COR 2- Component 5 - (April 07) | 2 | 05/01/07 | $0.00 | | | $ - | $ - | RESCINDED 6/6/07 |
| Amendment E -COR 2- Component 5 - (March 07) | 2 | 04/16/07 | $0.00 | | | $ - | | PAID |
| Amendment E -COR 2- Component 5 - IE Printing (Dec06) | 2 | 02/01/07 | $0.00 | | | $ - | | PAID |
| Amendment E -COR 2 - Component 3 - Immunization Stuffers (Dec 06) | 2 | 03/21/07 | $0.00 | | | $ - | | PAID |
| Amendment E -COR 2- Component 4 - CPC Correspondence (Feb 07) | 2 | 03/21/07 | $0.00 | | | $ - | | PAID |
| Amendment E -COR 2- Component 5 - (Jan 07) | 2 | 03/21/07 | $0.00 | | | $ - | | PAID |
| Amendment E -COR 2- Component 5 - (Feb 07) | 2 | 03/21/07 | $0.00 | | | $ - | | PAID |
| Amendment E -COR 2- Component 4 - CPC Correspondence (Feb 07) | 2 | 04/02/07 | $0.00 | | | $ - | | PAID |
| COR 3 - TIERS Scheduler and PSR fixes | 3 | 6/29/2007 | $ 2,316,562.00 | | $ - | $ 2,316,562.00 | $ 2,233,142.73 | 96.40% |
| Amendment Q - COR 5 - Fixed Fees - Food Stamp Screening (March 07) | 5 | 03/21/07 | $ 124,738.00 | | | $ 124,738.00 | $ 112,887.89 | 90.50% |
| Amendment Q - COR 5 - Variable Fees - Food Stamp Screening ( Jan 06 to Oct 06)) | 5 | 03/21/07 | $ 2,817.62 | | | $ 2,817.62 | $ 2,321.78 | 82.40% |
| COR 7 - Joint Procurement (Capital Assets Billed but Not Purchased) Adjustment | 7 | | | | $ 41,918.00 | $ (41,918.00) | $ (41,918.00) | |
| COR 9 - Extension of COR1 (TIERS Build 53) | 9 | 6/29/2007 | $ 3,484,530.50 | | | $ 3,484,530.50 | $ 2,622,935.62 | 75.27% |
| Amendment I - COR11 - CHIP Perinatal Program (March 07) | 11 | 05/01/07 | $ 425,362.00 | | $ 321,229.50 | $ 104,132.50 | $ 85,807.47 | 82.40% |
| Amendment I - COR11 - CHIP Perinate Program (Feb 07) ITG # 45654 | 11 | 03/01/07 | $ 425,362.00 | | $ 321,229.50 | $ 46,622.50 | $ 38,417.97 | 82.40% |
| Amendment L - COR13 - Fixed Fees ITG#48818 (May 2007) | 13 | 06/01/07 | $ 2,177.25 | | | $ 2,177.25 | $ 1,970.41 | 90.50% |
| Amendment L - COR13 - Fixed Fees ITG#48818 (May 2007) | 13 | 05/01/07 | $ 2,177.25 | | | $ 2,177.25 | $ 1,970.41 | 90.50% |
| Amendment L - COR13 - Fixed Fees ITG#48818 | 13 | 02/26/07 | $ 225,812.00 | | | $ 225,812.00 | $ 206,788.06 | 91.58% |
| Amendment L - COR13 - Fixed Fees ITG#48818 (March 2007) | 13 | 03/01/07 | $ 2,177.25 | | | $ 2,177.25 | $ 1,970.41 | 90.50% |
| Amendment L - COR13 - Fixed Fees ITG#50161 (April 2007) | 13 | 04/02/07 | $ 2,177.25 | | | $ 2,177.25 | $ 1,970.41 | 90.50% |
| Amendment Y - COR 14 - Medicaid Buy-In Fixed Fees - ITG 44181 | 14 | 05/21/07 | $ 1,033,981.00 | | | $ 1,033,981.00 | $ 950,811.45 | 91.96% |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Invoice Type - Specific Billable Element: | COR | Invoice Date | Invoiced Amount / OUTSTANDING Amount | Paid by HHSC as part of the Asset Purchase Agreement | Credits Necessary for Capital Assets Billed but Not Purchased | ADJUSTED Invoiced Amount | Amount Payable per HHSC | Percentage Payable - as a percent of Adjusted Invoice Amount |
| 36 | COR 15 - Women's Health Program | 15 | 6/29/2007 | $ 1,187,369.14 | | | $ 1,187,369.14 | $ 565,443.95 | 47.62% |
| 37 | COR 16 - Star Plus Expansion | 16 | 6/29/2007 | $ 5,481,087.00 | | $ 166,708.00 | $ 5,314,379.00 | $ 4,387,858.42 | 82.57% |
| 38 | Amendment G- COR17 - THS Reminder Letters (Feb 07) | 17 | 02/26/07 | $0.00 | | | $ - | | PAID |
| 39 | Amendment G - COR17 - THS Overdue Letters (Feb 07) | 17 | 03/01/07 | $0.00 | | | $ - | | PAID |
| 40 | Amendment G- COR17 - THS Reminder Letters (March 07) | 17 | 03/21/07 | $0.00 | | | $ - | | PAID |
| 41 | Amendment G - COR17 - THS Overdue Letters (March 07) | 17 | 04/02/07 | $0.00 | | | $ - | | PAID |
| 42 | Amendment H - COR18 - Fixed Fees ITG#58782 (May 2007) | 18 | 05/01/07 | $ 14,244.00 | | | $ 14,244.00 | $ 7,486.87 | 52.56% |
| 43 | Amendment T - COR19 - Fixes Fees ITG 53020 (April 2007) | 19 | 05/01/07 | $ 1,030.00 | | | $ 1,030.00 | $ 932.15 | 90.50% |
| 44 | Amendment T - COR19 - Fixes Fees through February | 19 | 02/26/07 | $ 604,364.00 | | | $ 604,364.00 | $ 546,949.42 | 90.50% |
| 45 | Amendment T - COR 19 - Enrollment Fee Extension (Dec 05 - Jan 07) | 19 | 03/01/07 | $ 17,715.41 | | | $ 17,715.41 | $ 17,715.41 | 100.00% |
| 46 | Amendment T - COR19 - Fixes Fees ITG#53020 | 19 | 04/02/07 | $ 103,095.00 | | | $ 103,095.00 | $ 93,300.98 | 90.50% |
| 47 | COR 20 - One Time TANF | 20 | 6/29/2007 | $ 82,076.51 | | | $ 82,076.51 | $ 58,685.06 | 71.50% |
| 48 | Amendment N - COR21 - Fixed Fees for ITG #38552 | 21 | 02/26/07 | $ 139,603.20 | | | $ 139,603.20 | $ 113,694.67 | 81.44% |
| 49 | Amendment N - COR21 - Fixed Fees for ITG #38552 | 21 | 03/01/07 | $ 17,450.40 | | | $ 17,450.40 | $ 14,211.58 | 81.44% |
| 50 | Amendment N - COR21 - Fixed Fees for ITG #38552 | 21 | 04/02/07 | $ 17,450.40 | | | $ 17,450.40 | $ 14,211.58 | 81.44% |
| 51 | Amendment O - COR 22 - Fixed Fees for ITG #44836 | 22 | 02/26/07 | $ 26,310.50 | | | $ 26,310.50 | $ 20,959.99 | 79.66% |
| 52 | Amendment O - COR 22 - Fixed Fees for ITG #44836 | 22 | 03/01/07 | $ 8,770.17 | | | $ 8,770.17 | $ 7,937.00 | 90.50% |
| 53 | Amendment O - COR 22 - Fixed Fees for ITG #44836 | 22 | 04/02/07 | $ 8,770.17 | | | $ 8,770.17 | $ 7,937.00 | 90.50% |
| 54 | COR 23 - Generate Manual Correspondence | 23 | 6/29/2007 | $ 11,094.00 | | | $ 11,094.00 | $ 7,932.21 | 71.50% |
| 55 | Amendment P - COR23 - Fixed Fees for ITG#38537 | 23 | 03/01/07 | | | | $ - | $ - | DENIED |
| 56 | Amendment P - COR23 - Fixed Fees for ITG#38537 | 23 | 04/02/07 | | | | $ - | $ - | DENIED |
| 57 | COR 25 - Removal of Edit and SSN Verification | 25 | 6/29/2007 | $ 14,274.00 | | | $ 14,274.00 | $ 11,109.16 | 77.83% |
| 58 | Amendment U - COR 25 - Fixed Fees for ITG #55128 & 55177 | 25 | 06/01/07 | $ 13,545.70 | | | $ 13,545.70 | $ 10,815.42 | 79.84% |
| 59 | Amendment U - COR 25 - Fixed Fees for ITG #55128 | 25 | 05/01/07 | $ 5,081.60 | | | $ 5,081.60 | $ 4,598.85 | 90.50% |
| 60 | Amendment U - COR 25 - Fixed Fees for ITG #55177 | 25 | 05/01/07 | $ 1,691.25 | | | $ 1,691.25 | $ 1,530.58 | 90.50% |
| 61 | Amendment U - COR 25 - Fixed Fees for ITG #55128 | 25 | 03/01/07 | $ 5,081.60 | | | $ 5,081.60 | $ 4,598.85 | 90.50% |
| 62 | Amendment U - COR 25 - Fixed Fees for ITG #55128, 55177 | 25 | 04/02/07 | $ 6,772.85 | | | $ 6,772.85 | $ 6,129.43 | 90.50% |
| 63 | COR 26 - TC Eligibility, TIERS Executor Info, RMA Eligibility | 26 | 6/29/2007 | $ 4,477.00 | | | $ 4,477.00 | $ 3,201.06 | 71.50% |
| 64 | Amendment J - COR 28 - Fixed Fees for ITG #64096 | 28 | 05/01/07 | $ 13,642.00 | | | $ 13,642.00 | $ 9,398.54 | 68.89% |
| 65 | Amendment J - COR 28 - Fixed Fees for ITG #64096 | 28 | 03/01/07 | $ 27,276.00 | | | $ 27,276.00 | $ 27,276.00 | 100.00% |
| 66 | Amendment J - COR 28 - Fixed Fees for ITG #64096 | 28 | 04/02/07 | $ 13,638.00 | | | $ 13,638.00 | $ 13,638.00 | 100.00% |
| 67 | Amendment V - COR 29 - Fixed Fees for ITG #56241 | 29 | 06/01/07 | $ 12,466.25 | | $ 2,278.00 | $ 10,188.25 | $ 6,883.75 | 67.57% |
| 68 | Amendment V - COR 29 - Fixed Fees for ITG #56241 | 29 | 05/01/07 | $ 12,466.25 | | | $ 12,466.25 | $ 11,281.96 | 90.50% |
| 69 | Amendment V - COR 29 - Fixed Fees for ITG #56241,64226,62884 | 29 | 03/01/07 | $ 40,279.25 | | | $ 40,279.25 | $ 36,452.72 | 90.50% |
| 70 | Amendment V - COR 29 - Fixed Fees for ITG #56241 | 29 | 04/02/07 | $ 12,466.25 | | | $ 12,466.25 | $ 11,281.96 | 90.50% |
| 71 | Amendment K - COR30 - Fixed Fees (April 2007) | 30 | 06/01/07 | $ 192,569.00 | | | $ 192,569.00 | $ 192,569.00 | 100.00% |
| 72 | Amendment K - COR30 - Fixed Fees | 30 | 02/26/07 | $0.00 | | | $ - | | PAID |
| 73 | Amendment K - COR30 - Fixed Fees CHIP Perinatal | 30 | 03/01/07 | $0.00 | | | $ - | | PAID |
| 74 | Amendment K - COR30 - Fixed Fees | 30 | 04/02/07 | $0.00 | | | $ - | | PAID |

| | Invoice Type - Specific Billable Element: | COR | Invoice Date | Invoiced Amount / OUTSTANDING Amount | Paid by HHSC as part of the Asset Purchase Agreement | Credits Necessary for Capital Assets Billed but Not Purchased | ADJUSTED Invoiced Amount | Amount Payable per HHSC | Percentage Payable - as a percent of Adjusted Invoice Amount |
|---|---|---|---|---|---|---|---|---|---|
| 75 | COR 34 - Batch Performance Improvements | 34 | 6/29/2007 | $ 422,327.00 | | | $ 422,327.00 | $ 382,205.94 | 90.50% |
| 76 | COR 35 - Websphere Business Integration Software Replacement | 35 | 6/29/2007 | $ 382,322.00 | | $ 35,865.00 | $ 346,457.00 | $ - | DENIED |
| 77 | COR 36 - TIERS Help Desk | 36 | 6/29/2007 | $ 3,164,437.00 | | | $ 3,164,437.00 | $ 884,189.00 | 27.94% |
| 78 | Amendment AB - COR 39 - H1010 Integrated App Updates - Fixed - ITG 66272 (February - May Fees) | 39 | 06/01/07 | $ 96,109.00 | | | $ 96,109.00 | $ 9,667.78 | 10.06% |
| 79 | Amendment AB - COR 39 - H1010 Integrated App Updates - Fixed - ITG 66272 | 39 | 05/21/07 | $ 288,327.00 | | $ - | $ 288,327.00 | $ 288,327.00 | 100.00% |
| 80 | COR 44 - TIERS Report and Trigger Archive | 44 | 6/29/2007 | $ 49,512.00 | | | $ 49,512.00 | $ 44,808.36 | 90.50% |
| 81 | Amendment AA - COR 46 - CHIP Enrollment Drives - Fixed Fees - ITG 55548 | 46 | 05/21/07 | $ 69,947.60 | | $ 2,228.00 | $ 67,719.60 | $ 67,719.60 | 100.00% |
| 82 | COR 47 - Integrated Care Management (ICM) | 47 | 6/29/2007 | $ 385,274.00 | | | $ 385,274.00 | $ 348,672.97 | 90.50% |
| 83 | Amendment W - COR48 - Fixed Fees for ITG #63646 | 48 | 05/01/07 | $ 122,892.00 | | | $ 122,892.00 | $ 87,867.78 | 71.50% |
| 84 | Amendment W - COR48 - Fixed Fees for ITG #63646 | 48 | 03/01/07 | $ 122,892.00 | | | $ 122,892.00 | $ 122,892.00 | 100.00% |
| 85 | Amendment W - COR48 - Fixed Fees for ITG #63646 | 48 | 04/02/07 | $ 122,892.00 | | | $ 122,892.00 | $ 122,892.00 | 100.00% |
| 86 | Amendment X - COR52 - Fixed Fees for ITG #69814 | 52 | 03/01/07 | $ 45,781.00 | | | $ 45,781.00 | $ 41,431.81 | 90.50% |
| 87 | Amendment Z - COR 59 - TMHP Eligibility File Fixed Fees - ITG 70505 (February - May Fees) | 59 | 06/01/07 | $ 10,299.00 | | | $ 10,299.00 | $ 9,320.60 | 90.50% |
| 88 | Amendment Z - COR 59 - TMHP Eligibility File Fixed Fees - ITG 70505 | 59 | 05/21/07 | $ 30,897.00 | | | $ 30,897.00 | $ 27,961.79 | 90.50% |
| 89 | TIERS Fixed Fees (June 07) | | 6/29/2007 | $ 2,582,901.29 | $ 70,574.40 | | $ 2,512,326.89 | $ 2,512,326.89 | 97.27% |
| 90 | EB and IE Rent and Operating expenses invoice | | 6/29/2007 | $ 4,693,407.44 | $ 2,482,861.44 | | $ 2,210,546.00 | $ 2,210,546.00 | 47.10% |
| 91 | IE Variable Fees (April 07) | | 6/29/2007 | $ 163,844.30 | | | $ 163,844.30 | $ 135,011.31 | 82.40% |
| 92 | Turnover Labor | | 6/29/2007 | $ 2,964,861.39 | | | $ 2,964,861.39 | $ 2,964,861.39 | 100.00% |
| 93 | TIERS Maintenance Fixed Fees (May 2007) | | 06/01/07 | $ 2,582,901.29 | $ 70,574.40 | | $ 2,512,326.89 | $ 2,512,326.89 | 97.27% |
| 94 | Integrated Eligibility Fixed Fees (May 2007) | | 06/01/07 | | | | $ - | $ - | RESCINDED 6/29/07 |
| 95 | Enrollment Broker FIxed Fee (May 2007) | | 06/01/07 | | | | $ - | $ - | RESCINDED 6/29/07 |
| 96 | TIERS Maintenance Fixed Fees (Revised April 2007) | | 06/01/07 | $ 2,582,901.29 | $ 70,574.40 | | $ 2,512,326.89 | $ 2,512,326.89 | 97.27% |
| 97 | Enrollment Broker FIxed Fee (Revised April 2007) | | 06/01/07 | | | | $ - | $ - | RESCINDED 6/29/07 |
| 98 | CHIP IE Variable Fees (March 2007 with revisions for February 2007) | | 05/01/07 | $ 712,682.75 | | | $ 712,682.75 | $ 527,857.58 | 74.07% |
| 99 | Enrollment Broker FIxed Fee (April 2007) - RESCINDED 06/01/2007 | | 05/01/07 | $0.00 | | | $ - | $ - | RESCINDED 6/1/07 |
| 100 | TIERS Maintenance Fixed Fees (April 2007) - RESCINDED 06/01/2007 | | 05/01/07 | $0.00 | | | $ - | $ - | RESCINDED 6/1/07 |
| 101 | Integrated Eligibility Fixed Fees (April 2007) | | 05/01/07 | $ 3,398,880.00 | $ 358,060.88 | | $ 3,040,819.12 | $ 519,580.88 | Adj for MAXIMUS Cover Costs in April |
| 102 | IE Variable Fees - Outbound Docs (Dec 06 - Jan 07) | | 04/16/07 | $ 7,269.28 | | | $ 7,269.28 | $ 5,990.05 | 82.40% |
| 103 | IE Variable Fees (Nov 06) | | 04/16/07 | $ 61,225.56 | | | $ 61,225.56 | $ 50,451.21 | 82.40% |
| 104 | IE Variable Fees (Feb 07) | | 04/16/07 | $ 158,527.46 | | | $ 158,527.46 | $ 130,630.11 | 82.40% |
| 105 | IE Variable Fees (March 07) | | 04/16/07 | $ 271,951.30 | | | $ 271,951.30 | $ 224,093.85 | 50.00% |
| 106 | | | | | | | $ - | | |
| 107 | TIERS Fixed Fees (March 07) - Partial Paid Friday June 8th | | 04/02/07 | $ 1,630,427.18 | $ 40,645.41 | | $ 1,589,781.77 | $ 1,568,397.19 | Adj for MAXIMUS IT costs - Accenture / MAXIMUS subcontract |
| 108 | TIERS Fixed Fees (Feb 07) | | 03/01/07 | $0.00 | | | $ - | $ - | PAID |

| Invoice Type - Specific Billable Element: | COR | Invoice Date | Invoiced Amount / OUTSTANDING Amount | Paid by HHSC as part of the Asset Purchase Agreement | Credits Necessary for Capital Assets Billed but Not Purchased | ADJUSTED Invoiced Amount | Amount Payable per HHSC | Percentage Payable - as a percent of Adjusted Invoice Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ - | | |
| Enrollment Broker Fixed (March 07) | | 04/02/07 | | | | $ - | $ - | RESCINDED 6/6/07 |
| Enrollment Broker Fixed and Variable Fees (Feb07) | | 03/01/07 | $0.00 | | | $ - | $ - | PAID |
| Enrollment Broker Correction (March - May 2006) | | 03/21/07 | $0.00 | | | $ - | $ - | PAID |
| Postage Reimbursement | | 03/21/07 | $0.00 | | | $ - | $ - | PAID |
| | | | | | | $ - | | |
| CHIP IE Variable Fees (Mar) Revised | | 11/28/06 | $ 53,172.90 | $ 6.00 | | $ 53,166.90 | $ 39,378.74 | 74.06% |
| CHIP IE Variable Fees (Apr) Revised | | 11/28/06 | $ 391,770.32 | | | $ 391,770.32 | $ 290,169.69 | 74.07% |
| CHIP IE Variable Fees (May) Revised | | 11/28/06 | $ 139,743.59 | | | $ 139,743.59 | $ 103,502.87 | 74.07% |
| CHIP IE Variable Fees (June) | | 11/28/06 | $ 409,238.46 | | | $ 409,238.46 | $ 303,107.69 | 74.07% |
| CHIP IE Variable Fees (July) | | 11/28/06 | $ 398,501.28 | | | $ 398,501.28 | $ 295,155.06 | 74.07% |
| CHIP IE Variable Fees (Aug) | | 11/28/06 | $ 461,273.83 | | | $ 461,273.83 | $ 341,648.35 | 74.07% |
| CHIP IE Variable Fees (Sept) | | 11/28/06 | $ 843,368.31 | | | $ 843,368.31 | $ 624,651.50 | 74.07% |
| CHIP IE Variable Fees (Oct) | | 11/28/06 | $ 617,189.90 | | | $ 617,189.90 | $ 457,129.58 | 74.07% |
| CHIP IE Variable Fees Phase II (Nov05-Oct06) | | 02/01/07 | $ 4,498,821.48 | | | $ 4,498,821.48 | $ 3,332,109.55 | 74.07% |
| CHIP IE Variable Fees (Nov06) | | 02/01/07 | $ 744,441.41 | | | $ 744,441.41 | $ 551,380.03 | 74.07% |
| CHIP IE Variable Fees (Dec06) | | 03/01/07 | $ 738,250.34 | | | $ 738,250.34 | $ 546,794.54 | 74.07% |
| CHIP IE Variable Fees (Jan07) | | 03/01/07 | $ 834,990.22 | | | $ 834,990.22 | $ 618,446.16 | 74.07% |
| CHIP IE Variable Fees (Feb 07) | | 03/21/07 | $ 777,735.87 | | | $ 777,735.87 | $ 576,040.00 | 74.07% |
| | | | | | | $ - | | |
| IE Variable Fees Screenings (Jan - Oct) | | 12/01/06 | $ 25,155.54 | | | $ 25,155.54 | $ 20,728.72 | 82.40% |
| IE Variable Fees TIERS Alerts Changes (Jan - Sep) | | 12/01/06 | $ 120,579.97 | | | $ 120,579.97 | $ - | DENIED |
| IE Variable Fees Inbound Documents (Jan 06 - Oct 06) | | 01/02/07 | $ 531,403.06 | | | $ 531,403.06 | $ 437,887.81 | 82.40% |
| IE Variable Fees Inbound Documents (Image Only) | | 01/02/07 | $ 66,770.24 | | | $ 66,770.24 | $ 55,020.15 | 82.40% |
| IE Variable Fees TIERS Alerts Changes (Oct 06 - Nov 06) | | 01/02/07 | $ 141,719.51 | | | $ 141,719.51 | $ - | DENIED |
| IE Variable Fees Outbound Documents (Jan 06 - Oct 06) | | 02/01/07 | $ 12,793.79 | | | $ 12,793.79 | $ 10,542.36 | 82.40% |
| IE Variable Fees (Dec 06) | | 03/01/07 | $ 114,980.03 | | | $ 114,980.03 | $ 94,746.07 | 82.40% |
| IE Variable Fees (Jan 07) | | 03/01/07 | $ 128,532.42 | | | $ 128,532.42 | $ 105,913.54 | 82.40% |
| IE Variable Fees Image Only (Oct 06) | | 04/02/07 | $ 63,510.18 | | | $ 63,510.18 | $ 52,333.79 | 82.40% |
| | | | | | | $ - | | |
| Transition Fees (Oct05) | | 10/12/05 | $ 12,250,000.00 | | | $ 12,250,000.00 | $ 12,250,000.00 | |
| | | | | | | $ - | | |
| Integrated Eligibility Fixed Fees (Apr06) shortpay | | 05/01/06 | $0.00 | | | $ - | $ - | 100.00% |
| Integrated Eligibility Fixed Fees (May06) shortpay | | 06/01/06 | $0.00 | | | $ - | $ - | 100.00% |
| Integrated Eligibility Fixed Fees (June06) shortpay | | 07/01/06 | $0.00 | | | $ - | $ - | 100.00% |
| Integrated Eligibility Fixed Fees (July06) shortpay | | 08/01/06 | $0.00 | | | $ - | $ - | 100.00% |
| Integrated Eligibility Fixed Fees (Aug06) shortpay | | 09/01/06 | $0.00 | | | $ - | $ - | 100.00% |
| Integrated Eligibility Fixed Fees (Sept06) shortpay | | 10/01/06 | $ 1,920,281.00 | $ 175,389.85 | | $ 1,744,891.15 | $ 1,744,891.15 | 100.00% |
| Integrated Eligibility Fixed Fees (Oct06) shortpay | | 11/01/06 | $ 1,920,281.00 | $ 175,389.85 | | $ 1,744,891.15 | $ 1,744,891.15 | 100.00% |
| Integrated Eligibility Fixed Fees (Dec 06) | | 01/02/07 | $ 1,920,285.00 | $ 175,390.04 | | $ 1,744,894.96 | $ 1,744,894.96 | 100% of Balance Due - Partially paid |
| Integrated Eligibility Fixed Fees (Jan 07) | | 02/01/07 | $ 2,845,676.77 | $ 299,782.73 | | $ 2,545,894.04 | $ 2,545,894.04 | 100% of Balance Due - Partially paid |
| Integrated Eligibility Fixed Fees (Feb 07) | | 03/01/07 | $ 3,398,880.00 | $ 358,060.88 | | $ 3,040,819.12 | $ 3,040,819.12 | 100.00% |
| Integrated Eligibility Fixed Fees (Mar 07) | | 04/02/07 | $ 3,398,880.00 | $ 358,060.88 | | $ 3,040,819.12 | $ 1,952,530.12 | Adj for MAXIMUS Cover Costs in March |
| Total GROSS Invoiced Amounts Outstanding at June 29, 2007 | | | $ 83,377,621.36 | $ 4,635,371.16 | $ 891,456.00 | $ 77,793,284.20 | $ 64,967,736.54 | |
| | | | | $ 2,482,861.44 | | | | |

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Invoice Type - Specific Billable Element: | COR | Invoice Date | Invoiced Amount / OUTSTANDING Amount | Paid by HHSC as part of the Asset Purchase Agreement | Credits Necessary for Capital Assets Billed but Not Purchased | ADJUSTED Invoiced Amount | Amount Payable per HHSC | Percentage Payable - as a percent of Adjusted Invoice Amount |
| | | | | Rent and Op Expenses paid with asset purchase agreement | | | | |
| | | | | $ 2,152,509.72 | Depr paid with asset purchase agreement | | | |