# Exhibit B

# MAXIMUS
## Invoice Control and Certification

Division/Project Name: __TX Integrated Eligibility and Enrollment__

Invoice Number: __14 IE__  Invoice Date: __12/31/06__

### If Certification is for a Batch of Invoices:

# of Invoices Attached: __1__  $ Value: __$548,137.00__

---

## Part I

### Checklist and Certification

*I am accountable for the preparation of these invoices and under penalty of law, I certify to the best of my knowledge and belief the following is true:*

1. The invoices are accurate, represent work performed, and are prepared in accordance with the terms of the contract. For advance billings on non-contingent work, billings are in accordance with the terms of the contract.
2. The invoiced amounts are fixed and determinable. Any exceptions involving the use of estimated amounts are described below. For those invoices where billings are based on costs (such as Cost Plus or T&M contracts), labor and other direct charges have been reconciled with PATS to ensure accuracy.
3. Collection is reasonably assured. There is no known reason why clients will not pay in a timely manner.
4. Delivery has occurred or services have been rendered, except for those contracts in which the contract billing terms dictate that the timing and amount of billing that do not coincide with delivery of services or products (for example, up-front payments). If performance obligations exist or required customer acceptance has not been obtained, no revenue may be recognized for such invoices.
5. If invoices are for a contingent contract, payments are not dependent on future events such as Federal approvals, a State Plan amendment, identification of matching funds, or approval of a cost allocation plan.
6. Appropriate level of documentation is maintained on-site to evidence support for the amount billed. Copies of the approved invoice are maintained for the project's or division's records.

Exceptions to the above certification are hereby noted:

Project Manager or Invoice Preparer: __STACEY MACKEY__
Signature: __Stacey Mackay__
Date: __1/3/07__

Page 1 of 2

# MAXIMUS
## Invoice Control and Certification

Division/Project Name: _____TX Integrated Eligibility and Enrollment_____

Invoice Number:_____14 IE_____Invoice Date:_____12/31/06__

**If Certification is for a Batch of Invoices:**

# of Invoices Attached:_____1_____$ Value:_____$548,137.00__

---

## Part II

### Second Level Review and Certification
### (Required for invoices greater than $50,000 and for all contingent contracts)

I have reviewed the invoice work papers and supporting documentation and certify to the best of my knowledge and belief the following is true:
1. The invoice controls specified above are in place and operating as intended.
2. The invoice calculations have been verified and are correct.
3. The invoice is approved for delivery to the client.

Exceptions to the above certification are hereby noted:




Vice President or Project Director: __Leslie Wolfe_____

Signature: __[signature]_____

Date: __1/4/07_____


Division President if > $1,000,000: _____

Signature: _____

Date: _____

TO: David McCurley, Partner, Accenture LLP
4000 South IH-35 West
Austin, TX 78704

DATE: 31-Dec-06
INVOICE NO: 14 IE
REFERENCE: TX IEE Subcontract
FEIN: 54-1000588
PO: 4500106342

Integrated Eligibility Services Provided to Accenture LLP
for the Texas Integrated Eligibility and Enrollment Services Program

| | | |
|---|---|---|
| Monthly Fixed Fee | $ | 548,137.00 |
| **TOTAL** | **$** | **548,137.00** |

*[signature]*
Leslie Wolfe
Vice President

| PLEASE REMIT TO ADDRESS BELOW | ORIGINAL INVOICE | 1034024 |
|---|---|---|
| ATTN: DAVID TIMMONS | | |
| **MAXIMUS,**   P.O. Box 791188 | Baltimore, MD  21279-1188 | WWW.MAXIMUS.COM |

December 31, 2006

David McCurley, Partner, Accenture LLP
4000 South IH-35 West
Austin, TX 78704

## SUBJECT: INVOICE RECEIPT

Complete and Fax to Jennifer Haas at (512) 533-3873

This signed letter will serve as receipt that the below listed invoice was received by the Accenture LLP on _____ (date) at _____ (time).

| Invoice Number | Invoice Period | Amount Invoiced |
|---|---|---|
| 14 IE | December 2006 | $ 548,137.00 |

Received by: _____          _____
              Signature                                Print Name

If you have any questions or comments, please contact **Jennifer Haas, Finance Director at (512) 533-3928**

1600