# Exhibit C

# MAXIMUS
## Invoice Control and Certification

Division/Project Name: __TX Integrated Eligibility and Enrollment__

Invoice Number: __11B 1E__     Invoice Date: __11-1-06__

**If Certification is for a Batch of Invoices:**

\# of Invoices Attached: __1__     $ Value: __575,016.41__

---

**Part I**

### Checklist and Certification

*I am accountable for the preparation of these invoices and under penalty of law, I certify to the best of my knowledge and belief the following is true:*

1. The invoices are accurate, represent work performed, and are prepared in accordance with the terms of the contract. For advance billings on non-contingent work, billings are in accordance with the terms of the contract.
2. The invoiced amounts are fixed and determinable. Any exceptions involving the use of estimated amounts are described below. For those invoices where billings are based on costs (such as Cost Plus or T&M contracts), labor and other direct charges have been reconciled with PATS to ensure accuracy.
3. Collection is reasonably assured. There is no known reason why clients will not pay in a timely manner.
4. Delivery has occurred or services have been rendered, except for those contracts in which the contract billing terms dictate that the timing and amount of billing that do not coincide with delivery of services or products (for example, up-front payments). If performance obligations exist or required customer acceptance has not been obtained, no revenue may be recognized for such invoices.
5. If invoices are for a contingent contract, payments are not dependent on future events such as Federal approvals, a State Plan amendment, identification of matching funds, or approval of a cost allocation plan.
6. Appropriate level of documentation is maintained on-site to evidence support for the amount billed. Copies of the approved invoice are maintained for the project's or division's records.

Exceptions to the above certification are hereby noted:

Project Manager or Invoice Preparer: __Jennifer Haas__
Signature: __[signature]__
Date: __11-1-06__

# MAXIMUS
## Invoice Control and Certification

**Division/Project Name:** <u>TX Integrated Eligibility and Enrollment</u>

**Invoice Number:** <u>11B IE</u>  **Invoice Date:** <u>11-1-06</u>

**If Certification is for a Batch of Invoices:**

**# of Invoices Attached:** <u>1</u>  **$ Value:** <u>575,016.41</u>

---

**Part II**

**Second Level Review and Certification**
**(Required for invoices greater than $50,000 and for all contingent contracts)**

I have reviewed the invoice work papers and supporting documentation and certify to the best of my knowledge and belief the following is true:
1. The invoice controls specified above are in place and operating as intended.
2. The invoice calculations have been verified and are correct.
3. The invoice is approved for delivery to the client.

Exceptions to the above certification are hereby noted:


Vice President or Project Director: <u>Leslie Wolfe</u>

Signature: <u>LWolfe</u>

Date: <u>11-1-06</u>


Division President if > $1,000,000: _____

Signature: _____

Date: _____

---

TO: Accenture, L.L.P
David McCurley, Senior Executive
4000 South IH-35 West
Austin, TX 78704

DATE: 01-Nov-06
INVOICE NO: 11B IE
REFERENCE: TX IEE Subcontract
FEIN: 54-1000588
PO: 4500106342

**SEPTEMBER 2006 Service Date**

Integrated Eligibility Services Provided to Accenture LLP
for the Texas Integrated Eligibility and Enrollment Services Program

| | | |
|---|---|---|
| CHIP Integrated Eligibility Variable Transactions | $ | 575,016.41 |
| **TOTAL AMOUNT DUE from / (Owed to) Accenture** | $ | 575,016.41 |

_Leslie Wolfe_ (signature)
Leslie Wolfe
Vice President

---

PLEASE REMIT TO ADDRESS BELOW          ORIGINAL INVOICE     1034031
ATTN: DAVID TIMMONS
MAXIMUS,   P.O. Box 791188   Baltimore, MD 21279-1188   WWW.MAXIMUS.COM

November 1, 2006

Accenture, L.L.P
David McCurley, Senior Executive
4000 South IH-35 West
Austin, TX  78704

## SUBJECT: INVOICE RECEIPT

Complete and Fax to Jennifer Haas at (512) 533-3873

This signed letter will serve as receipt that the below listed invoice was received by the Accenture LLP on _____ (date) at _____ (time).

| Invoice Number | Invoice Period | Amount Invoiced |
|---|---|---|
| 11B IE | November 2006 | $ 575,016.41 |

Received by: _____        _____
　　　　　　　　Signature                                                 Print Name

If you have any questions or comments, please contact **Jennifer Haas, Finance Director at (512) 533-3928**

1600

MAXIMUS

CHIP - IE
TX Integrated Eligibility and Enrollment Services
Service Month: SEPTEMBER 2006
Invoice Summary 11B IE
Invoice Date: November 1, 2006

| | Original Invoice | | | "Included Transactions" Revised Invoice | | |
|---|---|---|---|---|---|---|
| | Unit Quantity | Unit Value* | Extended Value | Unit Quantity | Unit Value* | Extended Value |
| **Variable Fees** | | | | | | |
| Screenings -- Web | | $ 0.1840 | $ - | | $ 0.1840 | $ - |
| Screenings -- Mail | | $ 0.1840 | $ - | | $ 0.1840 | $ - |
| Screenings -- Fax | | $ 0.1840 | $ - | | $ 0.1840 | $ - |
| Screenings -- Call Center | | $ 1.3156 | $ - | | $ 1.3156 | $ - |
| Screenings -- IVR | | $ 0.1840 | $ - | | $ 0.1840 | $ - |
| Screenings -- BIC End to End | | $ 0.1840 | $ - | | $ 0.1840 | $ - |
| Applications -- Web | | $ 7.7414 | $ - | | $ 7.7414 | $ - |
| Applications -- Mail | | $ 9.5687 | $ - | 39,981 | $ 9.5687 | $ 382,566.19 |
| Applications -- Fax | | $ 9.5687 | $ - | | $ 9.5687 | $ - |
| Applications -- Call Center | | $ 15.0643 | $ - | 302 | $ 15.0643 | $ 4,549.42 |
| Applications -- IVR | | | $ - | | | $ - |
| Applications -- BIC End to End | | | $ - | | | $ - |
| Recertifications -- Web | | $ 7.2650 | $ - | | $ 7.2650 | $ - |
| Recertifications -- Mail | | $ 7.2669 | $ - | 1,985 | $ 7.2669 | $ 14,424.80 |
| Recertifications -- Fax | | $ 7.2669 | $ - | | $ 7.2669 | $ - |
| Recertifications -- Call Center | | $ 10.6194 | $ - | | $ 10.6194 | $ - |
| Recertifications -- IVR | | | $ - | | | $ - |
| Recertifications -- BIC End to End | | | $ - | | | $ - |
| Changes -- Web | | $ 3.5883 | $ - | | $ 3.5883 | $ - |
| Changes -- Mail | | $ 3.5996 | $ - | 446 | $ 3.5996 | $ 1,605.42 |
| Changes -- Fax | | $ 3.5996 | $ - | | $ 3.5996 | $ - |
| Changes -- Call Center | | $ 5.3657 | $ - | 3,235 | $ 5.3657 | $ 17,358.04 |
| Changes -- IVR | | | $ - | | | $ - |
| Changes -- BIC End to End | | | $ - | | | $ - |
| Inbound Documents -- Mail | | $ 1.6109 | $ - | 56,615 | $ 1.6109 | $ 91,201.10 |
| Inbound Documents -- Fax | | $ 0.7080 | $ - | 24,215 | $ 0.7080 | $ 17,144.22 |
| Outbound Documents -- Mail | | $ 0.1063 | $ - | 105,296 | $ 0.1063 | $ 11,192.96 |
| Inbound Calls -- State Trans | | $ 1.7562 | $ - | | $ 1.7562 | $ - |
| Appeals / Complaints -- State Trans | | $ 9.8869 | $ - | | $ 9.8869 | $ - |
| Applications -- CBO (C Med) | | | $ - | | | $ - |
| Applications -- BIC E-to-E (C Med) | | | $ - | | | $ - |
| Applications -- Web (C Med) | | | $ - | | | $ - |
| Applications -- Mail (C Med) | | $ 5.8835 | $ - | 4,411 | $ 5.8835 | $ 32,077.67 |
| Applications -- Fax (C Med) | | $ 7.2722 | $ - | | $ 7.2722 | $ - |
| Applications -- Call Center (C Med) | | $ 11.4489 | $ - | 253 | $ 11.4489 | $ 2,896.57 |
| **Total Invoice Amount** | | | $ - | | | $ 575,016.41 |

* Values based on MAXIMUS Contract with Accenture -- Payment Schedule 8.4.B and Payment Schedule 8.3.C