# Exhibit D

List of Outstanding Invoices with Accenture
2/24/2012

**Spreadsheet Key - all HHSC Spreadsheets**

| Key | Description |
|---|---|
| "A" | TAA Paid Invoices Pre 072908 |
| "B" | TAA Settlement |
| "C" | TAA Summary of all Invoices |
| "D" | Retro Recovery |

| Invoice Number | Invoice Date | Number of Days Outstanding | Task Number | Task Name | Original Invoice Amount | Corresponding Accenture Invoice # | Paid/Approved by HHSC to Accenture? | Spreadsheet? | Line # | % Approved | Approved Amount | Explanation of Invoice | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1/31/2006 | 485 | 1033983 | TX IEES STARTUP AMORT. | 1,622,488.00 | 1000061523 | Yes | A | 12 | 100.0% | 1,622,488.00 | Fixed Transition | |
| 7 IE | 5/31/2006 | 365 | 1034024 | IE FIXED - YEAR 1 | - | | | | | | - | | |
| 7B IE | 5/31/2006 | 365 | 1034031 | IE REVENUE - CONTINGENCY | 334,177.88 | 1000108429 | Yes | B | 117 | 74.07% | 247,513.11 | May 2006 CHIP Variable - Phase I | why is accenture amount less than our amt? |
| 8 IE | 6/30/2006 | 335 | 1034024 | IE FIXED - YEAR 1 | | | | | | | | | |
| 8B IE | 6/30/2006 | 335 | 1034031 | IE REVENUE - CONTINGENCY | 280,890.34 | 1000108429 | Yes | B | 118 | 74.07% | 208,045.02 | June 2006 CHIP Variable - Phase I | |
| 9 IE | 7/31/2006 | 304 | 1034024 | IE FIXED - YEAR 1 | | | | | | | | | |
| 9B IE | 7/31/2006 | 304 | 1034031 | IE REVENUE - CONTINGENCY | 273,909.48 | 1000108430 | Yes | B | 119 | 74.07% | 202,874.55 | July 2006 CHIP Variable - Phase I | |
| 10 IE | 8/31/2006 | 273 | 1034024 | IE FIXED - YEAR 1 | | | | | | | | | |
| 10B IE | 8/31/2006 | 273 | 1034031 | IE REVENUE - CONTINGENCY | 318,519.26 | 1000108431 | Yes | B | 120 | 74.07% | 235,915.36 | August 2006 CHIP Variable - Phase I | |
| 11 IE | 9/30/2006 | 243 | 1034024 | IE FIXED - YEAR 1 | 274,068.00 | 1000100513/1000100511 | Yes | B | 146 | 100.00% | 274,068.00 | September 2006 IE Fixed - Accenture paid half | |
| 11B IE | 9/30/2006 | 243 | 1034031 | IE REVENUE - CONTINGENCY | 575,016.41 | 1000108360 | Yes | B | 121 | 74.07% | 425,893.24 | September 2006 CHIP Variable - Phase I | |
| 12 IE | 10/31/2006 | 212 | 1034024 | IE FIXED - YEAR 1 | 274,068.50 | 1000104927 | Yes | B | 147 | 100.00% | 274,068.50 | October 2006 IE - Accenture paid half | |
| 12B IE | 10/31/2006 | 212 | 1034031 | IE REVENUE - CONTINGENCY | 423,162.16 | 1000108435 | Yes | B | 122 | 74.07% | 313,420.46 | October 2006 CHIP Variable - Phase I | |
| 11AIEIC | 12/31/2006 | 151 | 1034031 | IE REVENUE - CONTINGENCY | 136,131.84 | | | | | | - | May - September 2006 IE Inbound Calls | |
| 12AIEIC | 12/31/2006 | 151 | 1034031 | IE REVENUE - CONTINGENCY | 274,855.87 | | | | | | - | July - October 2006 IE Inbound Calls | |
| 12AIEOD | 12/31/2006 | 151 | 1034031 | IE REVENUE - CONTINGENCY | 11,651.01 | 1000118811 | Yes | B | 134 | 82.40% | 9,600.69 | January - November 2006 Outbound Documents | |
| 12B IE2 | 12/31/2006 | 151 | 1034031 | IE REVENUE - CONTINGENCY | 195,599.68 | 1000118814 | Yes | B | 123 | 74.07% | 144,873.40 | October 2006 CHIP Variable - Phase II | |
| 13AIECH | 12/31/2006 | 151 | 1034031 | IE REVENUE - CONTINGENCY | 97,729.14 | 1000114529 | No | B | 133 | 0.00% | - | Oct - Nov 06 IE Changes (TIERS alerts) | |
| 13B IE | 12/31/2006 | 151 | 1034031 | IE REVENUE - CONTINGENCY | 507,999.21 | 1000118812 | Yes | B | 124 | 74.07% | 376,256.10 | November 06 CHIP Variable - Phase I | |
| IO 1106 | 12/31/2006 | 151 | 1034031 | IE REVENUE - CONTINGENCY | 54,205.17 | 1000114532 | Yes | B | 132 | 82.40% | 44,666.25 | November 2006 Image Only | |
| IO 1206 | 12/31/2006 | 151 | 1034031 | IE REVENUE - CONTINGENCY | 85,506.57 | | | | | | - | December 2006 Image Only | |
| 14 IE | 12/31/2006 | 151 | 1034024 | IE FIXED - YEAR 1 | 548,137.00 | 1000114107 | Yes | B | 148 | 100.00% | 548,137.00 | December 2006 IE Fixed | |
| 15 IE | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | 599,096.00 | 1000118795 | Yes | B | 149 | 100.00% | 599,096.00 | January 2007 IE Fixed | |
| 12AIECH | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 81,574.14 | 1000109716 | No | B | 130 | 0.00% | - | June - September 2006 IE Changes (TIERs Alerts) | |
| 13AIEIC | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 151,967.95 | | | | | | - | November - December 06 IE Inbound Calls | |
| 14A IE | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 783,286.42 | | | | | | - | Jan - Nov 06 - IE Variable (NO inbound docs) | |
| 14B IE | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 502,408.11 | 10001XXXX | Yes | B | 125 | 74.07% | 372,114.98 | December 06 - CHIP Variable | |
| 15A IE | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 233,728.21 | 1000129870/1000123386 | Yes | B | 103/105 | 82.40% | 192,597.19 | Nov - Dec 06 - IE Variable (includes Inbound docs) | why is accenture amount less than our amt? |
| 15B IE | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 565,566.59 | 1000123372 | Yes | B | 126 | 74.07% | 418,894.11 | January 07 - CHIP Variable | |
| 16A IE | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 255,012.79 | 1000129870/1000123386 | Yes | B | 103/105 | 82.40% | 210,136.15 | Dec 06 - IE Variable (includes Inbound Docs) | why is accenture amount less than our amt? |
| 1CPMOD | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | 48,368.53 | 1000114200 | Yes | C | 207 | 86.31% | 41,744.48 | Oct 2006 - Add Benefit Month Counter to CHIP | |
| 2CPMOD | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | 14,801.80 | 1000114200 | Yes | C | 207 | 67.86% | 10,045.00 | April 2006 - Dist of 2nd Reminder Letters for CHIP | Final MOD (#8) has an amt of $10,045 |
| 3CPMOD | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | | | | | | | | | |
| 4CPMOD | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | 451,273.99 | 1000114200 | Yes | C | 207 | 86.31% | 389,472.16 | May 2006 - January 2007 CHIP Enrollment Fee Extension | |
| 5CPMOD | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | 54,431.00 | 1000121875 | Yes | B | 44 | 90.50% | 49,260.06 | September 2006 - Modify CHIP Renewal Timeline | |
| 6CPMOD | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | 5,640.00 | 1000114200 | Yes | C | 207 | 98.30% | 5,544.00 | CHIP Reenrollment Brochures | Final MOD (#8) has an amt of $5,544 |
| 7CPMOD | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | 184,438.27 | | | | | | - | Spring 2007 - CHIP Revised Business Rules | |
| 9CPMOD | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | 22,093.94 | 1000135033 | Yes | B | 81 | 100.00% | 22,093.94 | Aug - Oct 2006 CHIP Drives | |
| 10CPMOD | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | 113,380.92 | | | | | | - | Deficit Reduction Act - Citizenship Verification | |
| 11CPMOD | 1/31/2007 | 120 | 1034025 | IE FIXED - YEAR 2 | 21,266.70 | | | | | | - | November 2006 - HEB Festival of Sharing Events | |
| 5B IE R | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 36,128.05 | 1000080625 | Yes | B | 115 | 74.06% | 26,755.68 | March 2006 CHIP Variable (minus corrections for Nov 05 and Dec 05) - (includes Inbound Docs) | |
| 6E | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 29,483.91 | 1000118814 | Yes | B | 123 | 74.07% | 21,837.63 | April 2006 - CHIP Variable - Phase II (no inbound docs) | |
| 7BIER | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 193,082.21 | 1000118814 | Yes | B | 123 | 74.07% | 143,008.80 | May 2006 - CHIP Variable - Phase II (no inbound docs) | |
| 8BIER | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 231,228.39 | 1000118814 | Yes | B | 123 | 74.07% | 171,262.26 | June 2006 - CHIP Variable - Phase II (no inbound docs) | |
| 9BIER | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 258,068.27 | 1000118814 | Yes | B | 123 | 74.07% | 191,141.91 | July 2006 - CHIP Variable - Phase II (no inbound docs) | |
| 10BIER | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 334,180.21 | 1000118814 | Yes | B | 123 | 74.07% | 247,514.84 | August 2006 - CHIP Variable - Phase II (no inbound docs) | |
| 11BIER | 1/31/2007 | 120 | 1034031 | IE REVENUE - CONTINGENCY | 448,887.05 | 1000118814 | Yes | B | 123 | 74.07% | 332,473.92 | September 2006 - CHIP Variable - Phase II (no inbound docs) | |
| 3 CPC | 2/28/2007 | 92 | 1039676 | CPC/MM - MOD 9 | | | | | | | | | |
| 16 EB | 2/28/2007 | 92 | 1032711 | ENR BROK FIXED - YR 2 | 340,479.22 | 1000123376/1000123376 | Yes | C | 136/153 | 100.00% | 340,479.22 | Feb 07 - EB Fixed and Variable (original invoice was $1,527,480) | |
| 16-IE | 2/28/2007 | 92 | 1034025 | IE FIXED - YEAR 2 | 599,096.00 | 1000123370 | Yes | C | 243 | 105.99% | 635,001.31 | Feb 07 - IE Fixed | |
| 1B IE R | 2/28/2007 | 92 | 1034031 | IE REVENUE - CONTINGENCY | 28,015.75 | 1000118814 | Yes | B | 123 | 74.07% | 20,750.22 | Nov 05 - CHIP Variable - Phase II | |
| 2B IE R | 2/28/2007 | 92 | 1034031 | IE REVENUE - CONTINGENCY | 213,537.65 | 1000118814 | Yes | B | 123 | 74.07% | 158,159.39 | Dec 05 - CHIP Variable - Phase II | |
| 3B IE R | 2/28/2007 | 92 | 1034031 | IE REVENUE - CONTINGENCY | 286,366.12 | 1000118814 | Yes | B | 123 | 74.07% | 212,100.72 | Jan 06 - CHIP Variable - Phase II | |
| 4B IE R | 2/28/2007 | 92 | 1034031 | IE REVENUE - CONTINGENCY | 235,528.71 | 1000118814 | Yes | B | 123 | 74.07% | 174,447.35 | Feb 06 - CHIP Variable - Phase II | |

List of Outstanding Invoices with Accenture
2/24/2012

| Invoice Number | Invoice Date | Number of Days Outstanding | Task Number | Task Name | Original Invoice Amount | Corresponding Accenture Invoice # | Paid/Approved by HHSC to Accenture? | Spreadsheet? | Line # | % Approved | Approved Amount | Explanation of Invoice | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5BIER2 | 2/28/2007 | 92 | 1034031 | IE REVENUE - CONTINGENCY | 224,577.09 | 1000118814 | Yes | B | 123 | 74.07% | 166,335.89 | Mar 06 - CHIP Variable - Phase II | |
| 6E REV | 2/28/2007 | 92 | 1034031 | IE REVENUE - CONTINGENCY | 407,103.45 | 1000118814 | Yes | B | 123 | 74.07% | 301,526.37 | Apr 06 - CHIP Variable - Phase II | |
| IO 1006 | 2/28/2007 | 92 | 1034031 | IE REVENUE - CONTINGENCY | 51,558.47 | 1000127509 | Yes | B | 137 | 82.40% | 42,485.31 | October 06 Image Only | |
| 11THSte | 2/28/2007 | 92 | 1036694 | THSTEPS DUES AND OVERDUES | - | | | | | | | | |
| 16 EB | 2/28/2007 | 92 | 1032708 | TX IEES ENROLLMENT BROKER | - | | | | | | - | | |
| 4 CPC | 3/31/2007 | 61 | 1039676 | CPC IMM - MOD 9 | 0.22 | | | | | | - | | |
| 17 EB | 3/31/2007 | 61 | 1032711 | ENR BROK FIXED - YR 2 | 177,797.81 | 1000127504/1000127504 | Yes | C | 130/147 | 100.00% | 177,797.81 | March 07 (1-15th) EB Invoice ($776,671 was the original invoice amt) | |
| 17 IE | 3/31/2007 | 61 | 1034025 | IE FIXED - YEAR 2 | 299,548.00 | 1000127505 | Yes | B | 151 | 100.00% | 299,548.00 | March 07 (1-15th) IE Fixed | Accenture invoice was offset for 1/2 the month. HHSC approved the first 15 days |
| 14AIE3C | 3/31/2007 | 61 | 1034031 | IE REVENUE - CONTINGENCY | 244,305.95 | | | | | | - | Jan - Mar 07 Inbound Calls | |
| 17A IE | 3/31/2007 | 61 | 1034031 | IE REVENUE - CONTINGENCY | 34,004.51 | 1000129873 | Yes | B | 104 | 82.40% | 28,020.46 | Feb 07 IE Variable (no Inbound docs) | |
| 18A IE | 3/31/2007 | 61 | 1034031 | IE REVENUE - CONTINGENCY | 62,557.09 | 1000129873 | Yes | B | 104 | 82.40% | 51,548.42 | Feb 07 IE Variable (includes Inbound docs) | |
| 12 THS | 3/31/2007 | 61 | 1036694 | THSTEPS DUES AND OVERDUES | - | | | | | | | | |
| 17 EB | 3/31/2007 | 61 | 1032708 | TX IEES ENROLLMENT BROKER | - | | | | | | - | | |
| CSYS207 | 3/31/2007 | 61 | 1039639 | TX T&M SYSTEMS ROLL-UP | 489,199.13 | 1000123363 | Yes | C | 95 | 100.00% | 489,199.13 | February 2007 - CHIP System Support | Accenture was paid for TIERS support - which included CHIP Systems support |
| CSYS307 | 3/31/2007 | 61 | 1039639 | TX T&M SYSTEMS ROLL-UP | 818,689.62 | 1000123363 | Yes | B | 107 | 100.00% | 818,689.62 | March 2007 - CHIP System Support | Accenture was paid for TIERS support - which included CHIP Systems support |
| 19A IE | 4/30/2007 | 31 | 1034031 | IE REVENUE - CONTINGENCY | 592,109.10 | 1000129870 / 1000064796 / 1000068836 / 1000071260 / 1000129872 | Yes | B | 103 / 135 / 136 / 104 / 105 | 82.40% | 487,897.90 | Oct - Mar 07 IE Variable (includes Inbound docs) | |
| 19AIEOC | 4/30/2007 | 31 | 1034031 | IE REVENUE - CONTINGENCY | 9,913.00 | | | | | | - | IE Variable Outbound Calls | |
| CP 0207 | 4/30/2007 | 31 | 1037908 | CHIP PERINATE - START UP | 178,623.00 | 1000123353 | Yes | B | 29 | 82.40% | 147,185.35 | Feb 07 - CHIP Perinate | |
| CP 0307 | 4/30/2007 | 31 | 1037908 | CHIP PERINATE - START UP | 178,623.00 | 1000132256 | Yes | B | 28 | 82.40% | 147,185.35 | Mar 07 - CHIP Perinate | |
| 1 COR | 4/30/2007 | 31 | 1032708 | MEDICAID BUY-IN ONGOING | 246,469.27 | 1000135036 | Yes | B | 35 | 91.96% | 226,653.14 | Medicaid Buy-in | |
| 2 COR | 4/30/2007 | 31 | 1032708 | WOMENS HEALTH - STARUP | 264,978.18 | 1000141367 | Yes | B | 36 | 47.62% | 126,186.80 | IE Womens Health | |
| 3 COR | 4/30/2007 | 31 | 1032708 | STAR PLUS EXPANSION | 3,070,901.27 | 1000141369 | Yes | B | 37 | 82.57% | 2,535,513.55 | EB Star Plus Expansion | |
| 4 COR | 4/30/2007 | 31 | 1032708 | CHIP RENEWAL - MOD 7 | 194,969.66 | 1000121875 | Yes | B | 44 | 90.50% | 176,447.54 | CHIP Enrollment Fee Extension | |
| 5 COR | 4/30/2007 | 31 | 1032708 | MEDICAID BUY-IN ONGOING | 4,090.51 | 1000135036 | Yes | B | 35 | 91.96% | 3,761.48 | 12 Month Streamlined Medicaid Redets for the Elderly | |
| 6 COR | 4/30/2007 | 31 | 1032708 | ENR BROK FIXED - YR 2 | 3,258.00 | 1000135037 | Yes | B | 88 | 90.50% | 2,948.49 | TMHP Testing for PCCM | |
| 7 COR | 4/30/2007 | 31 | 1032708 | ENR BROK FIXED - YR 2 | 24,845.87 | 1000123373/1000127500/1000132272 | Yes | B | 64/65/66 | 92.22% | 22,913.32 | PCCM Operations - Changes to Business Rules | |
| 8 COR | 4/30/2007 | 31 | 1032708 | ENR BROK FIXED - YR 2 | 8,673.00 | 1000123347 | Yes | B | 69 | 90.50% | 7,849.07 | EVERCARE Enrollment File Changes | |
| 9 COR | 4/30/2007 | 31 | 1032708 | ENR BROK FIXED - YR 2 | 198,511.00 | 1000141379 | Yes | B | 82 | 90.50% | 179,652.46 | ICM Phase I | |
| 10 COR | 4/30/2007 | 31 | 1032708 | CHIP RENEWAL - MOD 7 | 80,626.14 | | | | | | - | CHIP Health Plan Enrollment Mods | |
| 11 COR | 4/30/2007 | 31 | 1032708 | CHIP RENEWAL - MOD 7 | 263,055.47 | | | | | | - | New CHIP HMO | |
| 12 COR | 4/30/2007 | 31 | 1032708 | ENR BROK FIXED - YR 2 | 147,613.00 | 1000132278/1000123348/1000127503 | Yes | B | 83,84,85 | 90.50% | 133,589.77 | Foster Care Managed Care | |
| 13 COR | 4/30/2007 | 31 | 1032708 | STAR PLUS EXPANSION | 15,293.00 | 1000141369 | Yes | B | 37 | 82.57% | 12,626.78 | EB Star Plus Expansion | |
| **Total Outstanding AR** | | | | | **$ 21,902,426.23** | | | | | | **$ 16,499,312.65** | Ties to PATS | |

Retro Recovery Items

| Description | Amount | Note |
|---|---|---|
| Maximus paid postage required to pick up mail | $ 5,000 | |
| Additional CHIP costs due to date quality issues with ACS-CHIP conversion | $ 55,377 | Took out Accenture fee of 11.95% |
| EB-THSteps Frew Lawsuit AB and HT reqmts have been met in call center in excess of contract requirements (abandonment rate and hold time ??) | $ 152,272 | Took out Accenture fee of 11.95% |
| EB-THSteps Client outreach - Predictive dialer DIR CISCO 7.0 implementation delay | $ 65,043 | Took out Accenture fee of 11.95% |
| **Total Approved Invoices/Retro Recovery Item** | $ 16,777,004.03 | |