**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MAXIMUS, INC.<br><br>          Plaintiff,<br>    v.<br><br>TWIN CITY FIRE INSURANCE CO. AND AXIS REINSURANCE CO.,<br><br>          Defendants. | Case No. 1:11CV1231-LMB/TRJ |

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2012, I electronically filed the Supplemental Declaration of Justin E. Klein in support of Axis Reinsurance Company's Motion for Summary Judgment (Doc. No. 62) with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA  22314
703-549-5354
Fax:  703-549-2604
Email:  craig.reilly@ccreillylaw.com

Michael Keith Lowman
Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington DC  20001-4412
202-639-6000
Email:  mlowman@jenner.com

1377717_1

        By: /s/ Stephen R. Pickard
Stephen R. Pickard, Esq.
Stephen R. Pickard P.C.
VA Bar # 16374
115 Oronoco Street
Alexandria, VA  22314
(703) 836-3505 (Office)
(703) 836-3558 (Fax)
srpickard@aol.com (E-mail)