UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAR - 9 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MAXIMUS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE CO.<br>and AXIS REINSURANCE CO.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 1:11cv1231 (LMB/TRJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

PURSUANT TO Rule 41(a)(1) and (c), plaintiff, Maximus, Inc., and defendant Twin City Fire Insurance Company, by and through their respective attorneys, hereby stipulate to the dismissal, with prejudice, of the claims and counterclaims asserted between them in this action, with each party to bear its own costs and fees.

SO ORDERED this 9th day of March 2012.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

**ENDORSEMENTS ON NEXT PAGE**

## WE STIPULATE TO THIS:

| | |
|---|---|
| *[signature: Craig Reilly]*<br>Craig C. Reilly, Esq. (VSB # 20942)<br>111 Oronoco Street<br>Alexandria, Virginia 22314<br>TEL: (703) 549-5354<br>FAX: (703) 549-2604<br>EMAIL: craig.reilly@ccreillylaw.com<br>*Counsel for plaintiff Maximus, Inc.* | *[signature: Mitka Baker]*<br>Charles B. Wayne (VSB # 24954)<br>charles.wayne@dlapiper.com<br>Mitka T. Baker (VSB # 67925)<br>mitka.baker@dlapiper.com<br>DLA PIPER LLP (US)<br>500 8th Street, N.W.<br>Washington, D.C. 20004<br>(202) 799-4253<br>(202) 799-5253 (fax)<br>*Counsel for defendant Twin City Fire Insurance Co.* |
| *Of Counsel for plaintiff Maximus, Inc.:*<br><br>Michael K. Lowman (VSB # 41663)<br>mlowman@jenner.com<br>Matthew Jacobs (admitted *pro hac vice*)<br>mjacobs@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Ave., N.W., Suite 900<br>Washington, D.C. 20001<br>Phone: 202-639-6000<br>Fax: 202-639-6066 | *Of Counsel for defendant Twin City Fire Insurance Co.:*<br><br>Joseph G. Finnerty III (admitted *pro hac vice*)<br>joseph.finnertyIII@dlapiper.com<br>Eric S. Connuck (admitted *pro hac vice*)<br>eric.connuck@dlapiper.com<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 335-4500<br>(212) 335-4501 (fax) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, a true and correct copy of the foregoing pleading or paper was served by email (*) or by using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record:

James F. Rittinger *
(admitted *pro hac vice*)
Justin E. Klein *
(admitted *pro hac vice*)
SATTERLEE STEPHENS BURKE
   & BURKE LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200 (Phone)
(212) 818-9606 (Fax)
*Counsel for defendant Axis Reinsurance Co.*

Stephen R. Pickard
115 Oronoco Street
Alexandria, VA 22314
(703) 836-3505
(703) 836-3558
srpickard@aol.com
*Counsel for defendant Axis Reinsurance Co.*

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL: (703) 549-5354
FAX: (703) 549-2604
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for plaintiff Maximus, Inc.*