IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAR 12 2012
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MAXIMUS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11cv1231 (LMB/TRJ) |
| ) | |
| TWIN CITY FIRE INS. CO., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, plaintiff's Motion to Dismiss Count I of Both Defendants' Counterclaims [Dkt. No. 29] is GRANTED, and it is hereby

ORDERED that Count I of defendant Axis Reinsurance Company's counterclaim be and is DISMISSED WITH PREJUDICE.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 12th day of March, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge