**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MAXIMUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE CO. AND AXIS REINSURANCE CO., <br><br> Defendants. | Case No. 1:11CV1231-LMB/TRJ |

**ORDER**

THIS MATTER having come to be heard on the Defendant Axis Reinsurance Company's Motion for Leave to File a Summary Judgment Motion and the Court upon reading and reviewing the Motion and the Court being of the opinion that the Motion should be granted, it is **accordingly;**

**Adjudged, Ordered** and **Decreed** that for the reasons provided in the Motion that Axis Reinsurance Company's Motion for Leave to File a Summary Judgment Motion is granted.

IT IS SO ORDERED, this __ day of March, 2012.

JUDGE LEONIE M. BRINKEMA
UNITED STATES DISTRICT COURT

1384900_1

I ASK FOR THIS:

By: _____/s/_____
Stephen R. Pickard, Esq.
Stephen R. Pickard P.C.
VA Bar # 16374
115 Oronoco Street
Alexandria, VA 22314
(703) 836-3505
(703) 836-3558 (Fax)
srpickard@aol.com

SATTERLEE STEPHENS BURKE &
BURKE LLP
James F. Rittinger*
Justin E. Klein*
230 Park Avenue
New York, NY 10169
(212) 818-9200
(212) 818-9606 (Fax)
*Admitted pro hac vice
Attorneys for Defendant Axis Reinsurance Co.

SEEN AND OBJECTIONS NOTED:

_____
Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA  22314
703-549-5354
Fax:  703-549-2604
Email:  craig.reilly@ccreillylaw.com

Michael Keith Lowman
Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington DC  20001-4412
202-639-6000
Email:  mlowman@jenner.com

1384900_1