**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MAXIMUS, INC.,<br><br>                Plaintiff,<br>    v.<br><br>TWIN CITY FIRE INSURANCE CO. AND AXIS REINSURANCE CO.,<br><br>                Defendants. | Case No. 1:11CV1231-LMB/TRJ<br><br>**DEFENDANT AXIS REINSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

       COMES NOW Defendant Axis Reinsurance Company, by Counsel, and hereby moves the Court for an Order granting summary judgment for the reasons set forth in the accompanying memorandum of law. Accompanying this Motion is a suggested Order.

                                                                 Respectfully submitted,

                                                                Stephen R. Pickard
                                                               On behalf of the Defendant Axis Reinsurance Co.

| | |
|---|---|
| By:_____/s/_____<br>Stephen R. Pickard, Esq.<br>Stephen R. Pickard P.C.<br>VA Bar # 16374<br>115 Oronoco Street<br>Alexandria, VA 22314<br>(703) 836-3505<br>(703) 836-3558 (Fax)<br>srpickard@aol.com | SATTERLEE STEPHENS BURKE & BURKE LLP<br>James F. Rittinger*<br>Justin E. Klein*<br>230 Park Avenue<br>New York, NY 10169<br>(212) 818-9200<br>(212) 818-9606 (Fax)<br>*Admitted pro hac vice<br>Attorneys for Defendant Axis Reinsurance Co. |

1384895_1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA  22314
703-549-5354
Fax:  703-549-2604
Email:  craig.reilly@ccreillylaw.com

Michael Keith Lowman
Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington DC  20001-4412
202-639-6000
Email:  mlowman@jenner.com

By:   /s/   _____
Stephen R. Pickard, Esq.
Stephen R. Pickard P.C.
VA Bar # 16374
115 Oronoco Street
Alexandria, VA 22314
(703) 836-3505
(703) 836-3558 (Fax)
srpickard@aol.com
Attorney for Defendant