**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MAXIMUS, INC.,<br><br>        Plaintiff,<br>    v.<br><br>TWIN CITY FIRE INSURANCE CO. AND AXIS REINSURANCE CO.,<br><br>        Defendants. | Case No. 1:11CV1231-LMB/TRJ |

## ORDER

THIS MATTER having come to be heard on the Defendant Axis Reinsurance Company's Motion for Summary Judgment and the Court upon reading and reviewing the Motion, the memoranda of points and authorities in support of the Motion, upon hearing argument on the Motion, and the Court being of the opinion that the Motion should be granted, it is **accordingly;**

**Adjudged, Ordered** and **Decreed** that for the reasons provided in the motion that Axis Reinsurance Company's motion for summary judgment is granted and that the complaint is dismissed in its entirety.

IT IS SO ORDERED, this __ day of March, 2012.

                                                                                                  _____
                                                                                                  JUDGE LEONIE M. BRINKEMA
                                                                                                  UNITED STATES DISTRICT COURT

I ASK FOR THIS:

By: _____/s/_____
Stephen R. Pickard, Esq.
Stephen R. Pickard P.C.
VA Bar # 16374
115 Oronoco Street
Alexandria, VA 22314
(703) 836-3505
(703) 836-3558 (Fax)
srpickard@aol.com

SATTERLEE STEPHENS BURKE &
BURKE LLP
James F. Rittinger*
Justin E. Klein*
230 Park Avenue
New York, NY 10169
(212) 818-9200
(212) 818-9606 (Fax)
*Admitted pro hac vice
Attorneys for Defendant Axis Reinsurance Co.

SEEN AND OBJECTIONS NOTED:

_____
Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA  22314
703-549-5354
Fax:  703-549-2604
Email:  craig.reilly@ccreillylaw.com

Michael Keith Lowman
Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington DC  20001-4412
202-639-6000
Email:  mlowman@jenner.com

1384898_1