IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAXIMUS, INC.,

        Plaintiff,

v.

TWIN CITY FIRE INSURANCE CO. AND
AXIS REINSURANCE CO.,

        Defendants.

Case No. 1:11CV1231-LMB/TRJ

## ORDER

THIS MATTER having come to be heard on the Defendant Axis Reinsurance Company's Motion for Leave to File a Summary Judgment Motion and the Court upon reading and reviewing the Motion and the Court being of the opinion that the Motion should be granted, it is accordingly;

**Adjudged, Ordered** and **Decreed** that for the reasons provided in the Motion that Axis Reinsurance Company's Motion for Leave to File a Summary Judgment Motion is granted, and it is further ORDERED that the motion will be heard Friday March 16, 2012 at 10:00am along with the other motion pending in this case. /LMB

IT IS SO ORDERED, this 13th day of March, 2012.

/s/ LMB 3/13/12
Leonie M. Brinkema
United States District Judge

1384900_1