# CIVIL MOTION MINUTES

Date: 3/16/12

Time: 9:59 - 10:35
10:46 - 10:49

Judge: Brinkema
Reporter: A. Thomson

Civil Action Number: 1:11cv1231

Maximus, Inc. vs. Twin City Fire Insurance Co. et al

Appearances of Counsel for  (✓) Pltf   (✓) Deft

Motion to/for:
Δ Motion f/Summary Judgment

Argued &
( ) Granted   ( ) Denied   ( ) Granted in part/Denied in part
( ) Taken Under Advisement   ( ) Continued to
Ruling suspended on pending motions
Discovery suspended f/30 days

( ) Order to Follow