IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAXIMUS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11cv1231 (LMB/TRJ) |
| ) | |
| TWIN CITY FIRE INSURANCE CO., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that discovery be and is suspended for 30 days from the date of this Order; and it is further

ORDERED that within this 30-day period, the parties attend a settlement conference before a magistrate judge and engage in a good faith attempt to settle this civil action. If the parties do not reach a settlement agreement, the Court will hold a status conference on Friday, April 20, 2012 at 10:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 16th day of March, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge