UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAXIMUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE CO. and AXIS REINSURANCE CO., <br><br> Defendants. | ) ) ) ) ) ) ) No. 1:11cv1231 (LMB/TRJ) ) ) ) ) ) ) |

## DECLARATION OF MICHAEL K. LOWMAN

I, Michael Lowman, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner at the Washington, DC office of Jenner & Block, LLP. I am a member of the Virginia Bar and of the bar of this Court. I represent Maximus in the above-captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of a document that Maximus received in discovery from the Texas Department of Health and Human Services ("HHSC") on March 7, 2012. Maximus produced this document to Axis as part of a production on March 14, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of a document that Accenture produced to both Maximus and Axis on March 15, 2012.

I declare that the foregoing statements are true and correct.

April 11, 2012                                            _____
                                                          Michael K. Lowman

# LOWMAN EXHIBIT A

**CONFIDENTIAL DRAFT SETTLEMENT DOCUMENT**

AS OF: December 10, 2008

| | Description | | December 10, 2008 |
|---|---|---|---|
| **ACCENTURE CONTRACT SERVICES RENDERED** | | | |
| Outstanding Invoices Received by HHSC | | $ | 64,967,737 |
| Unbilled Accenture Wind-Down Costs | | $ | 979,784 |
| Value for services unbilled by Accenture but HHSC received a substantial benefit from the services provided prior to unwinding of the contract | | $ | 4,964,758 |
| **TOTAL AMOUNT EARNED BY ACCENTURE:** | | $ | 70,912,279 |
| **STATE COSTS INCURRED** | | | |
| Additional Support to TAA by OES Staff | | $ | 2,574,648 |
| CHIP Premiums and Per Member Per Month Administrative Costs due to Accenture Errors | | $ | 17,161,281 |
| End State Costs | | $ | 29,391,146 |
| Additional Operational Costs incurred or to be incurred by HHSC | | $ | 51,237,845 |
| Inefficiencies | CHIP Efficiency (Redundant work due to End State not being implemented 12/31/06 | $ | 15,026,173 |
| | Maintain MAXe CHIP and CHIP Perinate until Sept. 2008 | $ | 12,596,230 |
| | Federal Funding match rate difference on TIERS Maintenance | $ | 932,868 |
| | HHSC costs for Help Desk | $ | 233,493 |
| | Bar Coding, Predictive Dialer, Application Registration & Consolidated Inquiry Sheet | $ | 2,237,058 |
| | Providing Support to Accenture / TAA | | |
| | IV&V Additional Oversight costs | $ | 384,024 |
| | State Escalation Staff costs | $ | 57,133 |
| | MAINTAIN SAVERR TO NOVEMBER 2008 | $ | 19,770,866 |
| Additional Reductions | | $ | 11,668,868 |
| | Excess Idle Capacity Reduction related to Office Space (Excess capital asset deduction was taken as part of asset purchase agreement) | $ | 2,367,295 |
| | Costs for DIR-paid telephony circuits | $ | 1,525,948 |
| | TAA expenses incurred by HHSC related to CHIP Marketing | $ | 2,200,000 |
| | TIERS Defects | $ | 259,450 |
| | HHSC Turnover Costs - Offset of Accenture Turnover costs | $ | 5,316,175 |
| **TOTAL STATE COSTS** | | $ | 112,033,788 |
| Difference Between State Costs and Accenture Earned Amount | | $ | 41,121,509 |
| **TOTAL AMOUNT RECEIVED FROM ACCENTURE** Net of Accenture Outstanding Invoices and Unbilled Earned Credits | 90.07% | $ | 30,000,000 |

AS OF: August 5, 2008

**CONFIDENTIAL DRAFT SETTLEMENT DOCUMENT**

| Invoice/Cost Category | Description | LF Proposed August 5, 2008 |
|---|---|---:|
| **ACCENTURE CONTRACT SERVICES RENDERED** | | |
| **Outstanding Receivables** | | $ 64,967,737 |
| | TIERS Fixed Fees | $ 9,105,378 |
| | Enrollment Broker Fixed Fees | |
| | CHIP Variable | $ 8,607,376 |
| | IE Variable | $ 1,188,338 |
| | CORs - Amended | $ 17,540,723 |
| | IE Fixed Fees | $ 13,293,501 |
| | Transition Payment | $ 12,250,000 |
| | Turnover Labor | $ 2,964,861 |
| | ATIS Help Desk and Capital Asset Credits (Depreciation for EB during March 15 - June 30 ; and IE during May 1 - June 30 when no fixed fees were payable by HHSC). | $ 2,170,070 |
| | Less Unpaid Depreciation on Outstanding Invoices Paid with Asset Purchase Agreement | $ (2,152,510) |
| **To-Be Billed** | | |
| **Transition Expenses and Variable Invoices** | | $ 979,784 |
| (Including Invoice Reductions) | CHIP Variable (April) | $ - |
| | COR 30 CHIP Perinatal Variable (Jan-April 07) | |
| | June Turnover Actuals - Labor | $ 1,487,478 |
| | Turnover Budget - Severance | $ 863,836 |
| | Pre-paid Property Tax reimbursement | $ - |
| **INVOICE REDUCTIONS:** | Capital Funded via CORS but not purchased by TAA | |

**AS OF: August 5, 2008**

**CONFIDENTIAL DRAFT SETTLEMENT DOCUMENT**

| Invoice/Cost Category | Description | LF Proposed August 5, 2008 |
|---|---|---|
| | Reduction for Accrued Capital | |
| | Asset Reduction - deduction from Fixed and Variable invoices to represent excess depreciation paid/credited - due to TAA not purchasing 100% of funded HW/SW budget | |
| | Req Pro Requirements update reduction additional amount due from paid technology invoices | |
| | Design Time reduction - additional amount due from paid technology invoices | $ (1,371,530) |
| | Reduction of fixed fees charged to date by amortized value of DIR-provided hardware | |
| Total Amount Available for Accenture Credit | | $ 65,947,521 |
| Value for services unbilled by Accenture but HHSC received a substantial benefit from the services provided | | $ 4,964,758 |
| **TOTAL AMOUNT EARNED:** | | $ 70,912,279 |
| **STATE COSTS INCURRED** | | |
| Additional Support to TAA | | $ (2,574,648) |
| | a. Tiger Team Deployment to call centers - team HHSC deployed to evaluate specific processes used to perform IE tasks and compare them to HHSC original plans and the BUCs | |

AS OF: August 5, 2008  **CONFIDENTIAL DRAFT SETTLEMENT DOCUMENT**

| Invoice/Cost Category | Description | LF Proposed August 5, 2008 |
|---|---|---:|
| | b. Office of Family Services trainers for curriculum development, review and training delivery - sent in to update policy adequacy of training and to conduct training when they determined qualifications and knowledge of trainers was inadequate | |
| | c. OFS Program Integrity Staff performing CHIP and other case reviews | |
| | d. Enterprise Information Technology staff developing TIERS scripts and testing scenarios - no details ever provided on specific scenarios they did. | |
| | e. OFS ARTS staff on "lend-lease" at call centers (travel only) - backup support, escalation of issues and improvement of quality performance of CCRs by onsite help | |
| **CHIP Costs** | | $ (17,161,281) |
| | a. Extended Benefits - Premiums | $ 16,956,528 |
| | b. Extended Benefits - Enrollment fees | $ 204,753 |
| **End State Costs** | | $ (23,512,917) |
| | Proposed implementation costs for end state capabilities from MAXIMUS proposal | $ 23,512,917 |
| **Additional Operational Costs** | | $ (53,510,740) |
| | CHIP Efficiency (Redundant work due to End State not being implemented 12/31/06) | $ 15,026,173 |
| | Maintain MAXe CHIP and CHIP Perinate until Sept. 2008 | $ 9,552,950 |

AS OF: August 5, 2008 **CONFIDENTIAL DRAFT SETTLEMENT DOCUMENT**

| Invoice/Cost Category | Description | LF Proposed August 5, 2008 |
|---|---|---:|
| | Federal Funding match rate difference on TIERS Maintenance | $ 932,868 |
| | HHSC costs for Help Desk | $ 233,493 |
| | Inefficiencies - Predictive Dialer | $ 807,038 |
| | Inefficiencies - Bar Coding | $ 196,800 |
| | Inefficiencies - Application Registration | $ 1,184,460 |
| | Inefficiencies - Consolidated Inquiry Sheet | $ 48,760 |
| | Providing Support to Accenture / TAA | $ - |
| | IV&V Additional costs | $ 384,024 |
| | State Escalation Staff | $ 57,133 |
| | MAINTAIN SAVERR TO NOVEMBER 2008 | $ 19,770,866 |
| | HHSC Turnover Costs - Estimated Offset of Accenture costs | $ 5,316,175 |
| Additional Reductions from invoices presented by HHSC | | $ (4,152,693) |
| | Excess Idle Capacity Reduction related to Office Space | $ 2,367,295 |
| | Costs for DIR-paid telephony circuits | $ 1,525,948 |
| | TIERS Defects | $ 259,450 |

**AS OF: August 5, 2008**   **CONFIDENTIAL DRAFT SETTLEMENT DOCUMENT**

| Invoice/Cost Category | Description | LF Proposed August 5, 2008 |
|---|---|---|
|  | Marketing expenses included in TAA contract actually incurred by HHSC - agreed to by Accenture in rebalancing discussions | $ - |
| **TOTAL STATE COSTS** |  | $ (100,912,279) |
|  |  |  |
| **TOTAL PAYMENT TO (AMOUNT RECEIVED FROM) ACCENTURE NET OF STATE COSTS** |  | $ (30,000,000) |

# LOWMAN EXHIBIT B
# FILED UNDER SEAL