**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| |
|---|
| MAXIMUS, INC.<br><br>        Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE CO. *and*<br>AXIS REINSURANCE CO.<br><br>        Defendants. |

Case No. 1:11CV1231-LMB/TRJ

## **ORDER**

Upon consideration of the plaintiff's motion for leave to file additional, previously unavailable evidence and a supplemental brief in opposition to the first motion for summary judgment filed by defendant, it is hereby

ORDERED that the motion for leave is GRANTED, and the supplemental filings submitted with the motion are deemed filed this date.

ENTERED this ____ day of April 2012.


Alexandria, Virginia                                _____
                                                                             Leonie M. Brinkema
                                                                         United States District Judge