IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



FILED
APR 13 2012

| | |
|---|---|
| MAXIMUS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE CO. *and*<br>AXIS REINSURANCE CO.<br><br>　　　　Defendants. | Case No. 1:11CV1231-LMB/TRJ |

## ORDER

Upon consideration of the plaintiff's motion for leave to file additional, previously unavailable evidence and a supplemental brief in opposition to the first motion for summary judgment filed by defendant, it is hereby

ORDERED that the motion for leave is GRANTED, and the supplemental filings submitted with the motion are deemed filed this date.

ENTERED this 13th day of April 2012.

Alexandria, Virginia

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Leonie M. Brinkema
　　　　　　　　　　　　　　　United States District Judge