UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
APR 13 2012

| | |
|---|---|
| MAXIMUS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:11cv1231 (LMB/TRJ) |
| ) | |
| TWIN CITY FIRE INSURANCE CO. ) | |
| and AXIS REINSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

## SEALING ORDER

Upon consideration of the motion filed by Plaintiff, Maximus, Inc. for an order allowing Plaintiff to file Exhibit B to the Lowman Declaration (the "Accenture Document") under seal in support of its supplemental brief and to file a redacted supplemental brief, the Court finds as follows:

1. Proper notice of this sealing motion has been given to the public through the public filing of this motion.

2. Plaintiff has made a proper showing to support its motion for sealing.

3. The public does not have an interest in knowing the particular details of this confidential business information at this stage of the case.

4. There is no less drastic alternative to sealing limited portions of the record and allowing redactions in the parties' briefing.

Accordingly, it is hereby

**ORDERED** that Plaintiff may file the Accenture Document **UNDER SEAL**;

**FURTHER ORDERED** that Plaintiff may file a **REDACTED** supplemental brief, redacting specific references to the information contained in the sealed exhibit;

**FURTHER ORDERED** that those sealed and redacted filings shall remain sealed unless and until the Court enters an order unsealing them.

ENTERED this 13th day of April 2012.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge