DRM

# CIVIL MOTION MINUTES

Date: 4/20/12

Time: 10:12 - 10:35

Judge: <u>Brinkema</u>

Reporter: <u>A. Thomson</u>

Civil Action Number: 1:11cv1231

Maximus, Inc   vs. Twin City Fire Insurance Co. et al

Appearances of Counsel for   ( √ ) Pltf   ( √ ) Deft

Motion to/for:

Δ Motion f/ Summary Judgment
Final Pretrial Conference

Argued &
( ) Granted  ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to
π Motion f/ Summary Judgment - denied

Jury Trial - 5 dys     8/13/12 @ 10:00
8 jurors    4 strikes ea

( ) Order to Follow

6/20 - close of discovery
6/29 - pretrial motions
6/27 - file trial exh/witness lists
10 dys - obj to exh/list
to file