IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAXIMUS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11cv1231 (LMB/TRJ) |
| ) | |
| TWIN CITY FIRE INS. CO., <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant's motions for summary judgment [Dkt. Nos. 47 and 69-3] be and are DENIED. No further motions for summary judgment will be permitted; and it is further

ORDERED that discovery be and is reopened, to be concluded by June 20, 2012, with witness and exhibit lists to be exchanged by June 27, 2012. All pretrial motions will be heard on June 29, 2012 at 10:00 a.m. A jury trial is scheduled to begin on August 13, 2012 at 10:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20th day of April, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge