UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JUL 27 2012
CLERK

MAXIMUS, INC.,  )
        Plaintiff,  )
v.  )  No. 1:11cv1231 (LMB/TRJ)
TWIN CITY FIRE INSURANCE CO.  )
and AXIS REINSURANCE CO.,  )
        Defendants.  )

## STIPULATION OF DISMISSAL

PURSUANT TO Rule 41(a)(1) and (c), of the Federal Rules of Civil Procedure, plaintiff, Maximus, Inc., and defendant, Axis Reinsurance Company, by and through their respective attorneys, hereby stipulate to the dismissal, with prejudice, of the claims and counterclaims asserted between them in this action, with each party to bear its own costs and fees.

SO ORDERED this 27th day of July 2012.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

**ENDORSEMENTS ON NEXT PAGE**

## WE STIPULATE TO THIS:

| *[signature: Craig Reilly]* | *[signature: Stephen R. Pickard]* w/ permission |
|---|---|
| Craig C. Reilly, Esq. (VSB # 20942)<br>111 Oronoco Street<br>Alexandria, Virginia 22314<br>TEL: (703) 549-5354<br>FAX: (703) 549-2604<br>EMAIL: craig.reilly@ccreillylaw.com<br>*Counsel for plaintiff Maximus, Inc.* | Stephen R. Pickard (VSB # 16347)<br>115 Oronoco Street<br>Alexandria, VA 22314<br>(703) 836-3505<br>(703) 836-3558<br>srpickard@aol.com<br>*Counsel for defendant Axis Reinsurance Co.* |
| *Of Counsel for plaintiff Maximus, Inc.:*<br><br>Michael K. Lowman (VSB # 41663)<br>mlowman@jenner.com<br>Matthew Jacobs (admitted *pro hac vice*)<br>mjacobs@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Ave., N.W., Suite 900<br>Washington, D.C. 20001<br>Phone: 202-639-6000<br>Fax: 202-639-6066 | *Of Counsel for defendant Axis Reinsurance Co.*<br><br>James F. Rittinger *<br>(admitted *pro hac vice*)<br>Justin E. Klein *<br>(admitted *pro hac vice*)<br>SATTERLEE STEPHENS BURKE<br>   & BURKE LLP<br>230 Park Avenue<br>New York, New York 10169<br>(212) 818-9200 (Phone)<br>(212) 818-9606 (Fax) |